AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| MAXWELL VANDEVELDE, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*<br><br>v.<br><br>CHINA NATURAL GAS, INC., QINAN JI, ZHIQIANG WANG, DONALD YANG, DAVID SHE, et al.<br><br>*Defendant* | Civil Action No. 10-cv-728-SLR |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  China Natural Gas, Inc.
c/o National Corporate Research, Ltd.
615 South DuPont Highway
Dover, DE  19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Norman M. Monhait, Esquire
P. Bradford de Leeuw, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE  19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/9/10

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-cv-728-SLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __CHINA NATURAL GAS, INC.__
was received by me on *(date)* __09SEP10__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __MEGAN MELVIN__, who is designated by law to accept service of process on behalf of *(name of organization)* __China Natural Gas, Inc.__ on *(date)* __09SEP10__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __09SEP10__

*Roland Garey*
Server's signature

ROLAND GAREY — LEGAL COURIER
Printed name and title

715 N. King St. Wilmington, DE 19801
Server's address

Additional information regarding attempted service, etc: