**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                             )
MAXWELL VANDEVELDE, Individually and                         )
On Behalf of All Others Similarly Situated,                  )
                                                             )
                Plaintiff,                       )   C.A. No. 10-cv-728-SLR
                                                             )
                - v -                            )
                                                             )
CHINA NATURAL GAS, INC., QINAN JI,                           )
ZHIQIANG WANG, DONALD YANG, DAVID                            )
SHE, CARL YEUNG and LAWRENCE                                 )
LEIGHTON,                                                    )
                                                             )
                Defendants.                      )
                                                             )
------------------------------------------------------------ x

**STIPULATION AND PROPOSED ORDER**

WHEREAS, Plaintiff Maxwell Vandevelde ("Plaintiff") filed his complaint in this action on August 26, 2010 (the "Complaint");

WHEREAS, pursuant to 15 U.S.C. §78u-4(a), the Court is required to appoint a lead plaintiff to act on behalf of the proposed class ("Lead Plaintiff"), and the parties contemplate that the Lead Plaintiff selected by the Court will file an amended complaint which will supersede the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that:

(1)    Defendants need not take any action in response to the Complaint;

(2)    Within 10 days after the Court enters an order appointing a Lead Plaintiff and Lead Counsel, Counsel for the Defendants and Lead Counsel shall jointly submit for the Court's consideration, a proposed schedule governing Lead Plaintiff's filing of an amended complaint

and Defendants' responses thereto, including a proposed briefing schedule on any motions to dismiss filed in response to the amended complaint; and

  (3) By signing this stipulation, the parties have not waived their rights with respect to any potential issue in this litigation, including, but not limited to, the assertion of jurisdictional defenses, either by motion or otherwise.

Dated: September 30, 2010

               ROSENTHAL, MONHAIT & GODDESS, P.A.

               By: /s/ P. Bradford deLeeuw
                 Norman M. Monhait (DE #1040)
                 P. Bradford de Leeuw (DE #3569)
                 919 Market Street, Suite 1401
                 Wilmington, Delaware 19899
                 Telephone: 302-656-4433
                 nmonhait@rmgglaw.com
                 bdeleeuw@rmgglaw.com

                 *Attorneys for Plaintiff*
                 *Maxwell Vandevelde*

*Of Counsel:*

SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        By: /s/ Jon E. Abramczyk
            Jon E. Abramczyk (#2432)
            John DiTomo (#4850)
            1201 North Market Street, 18th Floor
            P.O. Box 1347
            Wilmington, DE 19899-1347
            Telephone: 302-658-9200
            jabramczyk@mnat.com
            jditomo@mnat.com

        *Attorneys for Defendant*
        *China Natural Gas, Inc.*

*Of Counsel*:

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-848-4000


SO ORDERED:

Date: _____

        _____
        United States District Judge