# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| MAXWELL VANDEVELDE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CHINA NATURAL GAS, INC., QINAN JI, ZHIQIANG WANG, DONALD YANG, DAVID SHE, CARL YEUNG, and LAWRENCE LEIGHTON,<br><br>　　　　　　Defendants. | Civil Action No. 1:10-cv-00728-SLR<br><br><u>CLASS ACTION</u> |

## RICHARD CRIPPA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

Class member Richard Crippa ("Mr. Crippa") will and hereby does respectfully move the Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for entry of an Order appointing Mr. Crippa as lead plaintiff in the above-captioned action, and approving his selection of Robbins Umeda LLP as lead counsel and Bouchard Margules & Friedlander, P.A. as liaison counsel for the class.

The grounds for this Motion are set forth in (a) the Opening Brief in Support of Richard Crippa's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel and; (b) the Declaration of Sean M. Brennecke in Support of Richard Crippa's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel, filed contemporaneously herewith.

| | |
|---|---|
| Dated: October 25, 2010 | BOUCHARD MARGULES &  FRIEDLANDER, P.A. |

    /s/ Sean M. Brennecke
Joel Friedlander (Bar No. 3163)
Sean M. Brennecke (Bar No. 4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
Facsimile: (302) 573-3501
jfriedlander@bmf-law.com
sbrennecke@bmf-law.com

*[Proposed] Liaison Counsel*

ROBBINS UMEDA LLP
Brian J. Robbins
Craig W. Smith
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsumeda.com
csmith@robbinsumeda.com

*[Proposed] Lead Counsel Counsel*

{BMF-W0218035.2}