# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| MAXWELL VANDEVELDE, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>     vs.<br><br>CHINA NATURAL GAS, INC., QINAN JI, ZHIQIANG WANG, DONALD YANG, DAVID SHE, CARL YEUNG, and LAWRENCE LEIGHTON,<br><br>                          Defendants. | Civil Action No. 1:10-cv-00728-SLR<br><br><u>CLASS ACTION</u> |

## DECLARATION OF SEAN M. BRENNECKE IN SUPPORT OF RICHARD CRIPPA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

BOUCHARD MARGULES &
  FRIEDLANDER, P.A.
Joel Friedlander (Bar No. 3163)
Sean M. Brennecke (Bar No. 4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
Facsimile: (302) 573-3501
jfriedlander@bmf-law.com
sbrennecke@bmf-law.com

*[Proposed] Liaison Counsel*

Dated:  October 25, 2010

I, Sean M. Brennecke, declare as follows:

I am a member of the bar of the State of Delaware and associated with the law firm of Bouchard Margules & Friedlander, P.A., counsel for class member Richard Crippa, and proposed liaison counsel for proposed lead plaintiff and the class. I make this declaration in support of Mr. Crippa's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of Pendency of Class Action published by *Business Wire*, a national business-oriented wire service, dated September 2, 2010;

Exhibit B: Movant's Sworn Certification and Chart of Purchases;

Exhibit C: Firm resume of Robbins Umeda LLP.

I declare under penalty of perjury, on this 25 day of October, 2010, under the laws of the State of Delaware that the foregoing is true and correct.

/s/ Sean M. Brennecke
Sean M. Brennecke (#4686)
BOUCHARD MARGULES &
  FRIEDLANDER PA.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
Telephone: (302) 573-3500
Facsimile:  (302) 573-3501
jfriedlander@bmf-law.com
sbrennecke@bmf-law.com

542621

{BMF-W0218037.2}