# EXHIBIT B

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAW

Riccardo Crippa ("Plaintiff") declares as to the claims asserted, or to be asserted, under the federal securities laws, that:

1.  Plaintiff has reviewed the Complaint for Violation of the Federal Securities Laws and authorized its filing.

2.  Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action or any other litigation under the federal securities laws.

3.  Plaintiff has made the following transaction(s) during the Class Period in the securities that are subject of this action:

| SECURITY | TRANSACTION (Purchase/Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| CHNG | | | | |
| | | SEE ATTACHED | | |
| | | | | |
| | | | | |
| | | | | |

4.  Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.  Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws within the past three years, unless otherwise stated in the space below: _____

_____

6.  Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

7.  Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8 day of September, 2010.

_____
RICCARDO CRIPPA

| SECURITY | TRANSACTION (Purchase/Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| CHNG | PURCHASE | 800 | 3/15/2010 | $10.58/Share |
| CHNG | PURCHASE | 500 | 3/19/2010 | $10.20/Share |
| CHNG | PURCHASE | 100 | 3/25/2010 | $9.6475/Share |
| CHNG | PURCHASE | 200 | 3/25/2010 | $9.645/Share |
| CHNG | PURCHASE | 100 | 3/25/2010 | $9.645/Share |
| CHNG | PURCHASE | 100 | 3/25/2010 | $9.647/Share |
| CHNG | PURCHASE | 85 | 3/25/2010 | $9.6499/Share |
| CHNG | PURCHASE | 600 | 3/25/2010 | $9.6499/Share |
| CHNG | PURCHASE | 15 | 3/25/2010 | $9.6499/Share |
| CHNG | PURCHASE | 1000 | 5/12/2010 | $7.46/Share |
| CHNG | PURCHASE | 1000 | 8/17/2010 | $6.15/Share |
| CHNG | SALE | 4500 | 8/30/2010 | $5.195/Share |