# EXHIBIT C

# ROBBINS UMEDA LLP

## ATTORNEYS AT LAW

600 B Street, Suite 1900
San Diego, California 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: info@robbinsumeda.com

## FIRM RESUME

Robbins Umeda LLP (the "Firm") specializes in the nationwide prosecution of class and representative actions. The Firm is dedicated to vindicating the rights of shareholders, employees, consumers, and small businesses by passionately litigating these actions in state and federal courts throughout the United States. The Firm focuses on the prosecution of securities fraud actions, shareholder derivative actions, corporate merger actions, and ERISA/401K class actions brought in connection with publicly traded companies against their officers, directors, auditors, and investment banking firms. In addition, the Firm also litigates several consumer fraud and antitrust class actions. By doing so, the Firm has successfully negotiated several noteworthy settlements for its clients.

For example, in a securities class action in San Diego, *In re Titan, Inc. Securities Litigation*, No. 04-CV-0676-LAB (NLS) (S.D. Cal. Dec. 20, 2005), the Firm, serving in a co-lead counsel capacity, was able to secure a $61.5 million settlement on behalf of the class. This amounted to half of the estimated damages to the class and far exceeded the normal settlement gained in this type of case. It was also one of the largest securities fraud class action settlements in San Diego's history. The Firm's lawyers also negotiated a settlement in the shareholder derivative action *In re Nicor, Inc. Shareholder Derivative Litigation*, No. 02 CH 15499 (Ill. Cir. Ct.-Cook County Mar. 29, 2005), which resulted in personnel changes among Nicor's executive officers and board of directors members, as well as securing $33 million for Nicor. In recognition of the hard work and significant benefits conferred during the litigation, the Honorable Sophia H. Hall, Presiding Judge for the court, stated "Thank you very much for the good work that you all did. And I think that your stockholders will appreciate it, too. Thank you very much." In addition, the Firm secured a settlement of *In re OM Group, Inc. Derivative Litigation*, No. 1:03CV0020 (N.D. Ohio Nov. 10, 2005). As part of this resolution, the company received a $29 million benefit, the termination of OM Group's long term chief executive officer, the addition of two shareholder nominated directors, and numerous other highly beneficial corporate governance matters.

The Firm's reputation for excellence has been recognized on repeated occasions by various courts throughout the country by appointing the Firm to leadership positions in complex class and derivative actions. *See Pringle v. Merck & Co., Inc., et al.*, No. 03-3125 (E.D. La. Mar. 7, 2005); *In re Tenet Healthcare Corp. Derivative Litig.*¸ No. 01098905 (Cal. Super. Ct.-Santa Barbara County May 5, 2006), *aff'd* No. B192252 (Cal. App. Sept. 20, 2007).

The Firm currently serves as lead counsel in several high profile complex actions around the country. *See In re Am. Int'l Group, Inc. Derivative Litig.*, No. 04 Civ. 08406 (S.D.N.Y. filed

Oct. 25, 2004); *In re Forest Labs., Inc. Derivative Litig.*, No. 05-CV-3489 (S.D.N.Y. filed Apr. 4, 2005); *In re DHB Indus., Inc. Derivative Litig.*, No. CV-05-4345 (E.D.N.Y. filed May 3, 2005).

## MEMBERS

**BRIAN J. ROBBINS**

Brian J. Robbins, the Managing Partner and Co-Founder of the Firm, has been an active litigator of shareholder, employee, consumer, and small business rights for several years.  In addition to prosecuting actions for which he has principal responsibility, Mr. Robbins oversees and coordinates the work of the Firm's nearly ninety employees and all its litigation departments. As a litigator, Mr. Robbins has negotiated several noteworthy settlements of complex actions and successfully argued several noteworthy legal issues.

For example, Mr. Robbins was the lead negotiator for the derivative plaintiffs in *Harbor Finance Partners v. McGhan*, No. H-02-0761 (S.D. Tex. June 15, 2007), litigation filed on behalf of Hanover Compressor Company.  The "groundbreaking" and "unprecedented" Hanover settlement resulted in, among other things, a $26.5 million payment to the company, the return of 2.5 million shares to the company, the appointment of two shareholder nominated directors, and the agreement to rotate the company's auditing firm.  *See* Stephanie Anderson Forest, *This Settlement Raises the Governance Bar: Hanover Compressor's Landmark Agreement with Shareholders to Embrace Major Corporate Reforms Could Have Profound Repercussions*, BusinessWeek Online, May 15, 2003.  Additionally, Mr. Robbins, as sole lead counsel, settled *In re OM Group, Inc. Derivative Litigation*, No. 1:03CV0020 (N.D. Ohio Nov. 10, 2005).  As part of this resolution, Mr. Robbins helped secure $29 million for OM Group, the termination of OM Group's long-term chief executive officer, the addition of two shareholder nominated directors, and numerous other highly beneficial corporate governance matters.  Mr. Robbins negotiated another groundbreaking settlement to resolve *In re Dynegy, Inc. Derivative Litigation*, No. 2002-25250 (Tex. Dist. Ct.-Harris County July 8, 2005).  This settlement acknowledged the role of the litigation in implementing extensive corporate governance reforms, which included: replacement of eleven members of the board of directors and several key officers; adoption of extensive measures specifically designed to increase the independence of the board of directors and its various committees; the establishment of new committees and senior positions to specifically enhance ethics and compliance efforts, as well as the integrity of the company's financial reports; assisted the company in securing a $150 million benefit; and the implementation several critical and necessary corporate governance practices.  Mr. Robbins also served in a co-lead counsel capacity in *Larret v. Robertson*, No. GIC754696 (Cal. Super. Ct.-S.D. June 29, 2001), a shareholder derivative action brought on behalf of MP3.com, Inc. ("MP3") which resulted in MP3's adoption of extensive corporate governance measures designed to specifically increase the independence of the board of directors and its committees and the transparency of any trading by insiders.  In another shareholder derivative action settled through Mr. Robbins' efforts and the efforts of the Firm, the Honorable Robert S. Lasnik stated:

"Well, I did review the papers here and I think you've actually set the bar kind of high for future settlements.  This looks like an excellent result for the various class members in both the derivative action and the other action....  And it's to the credit of the lawyers that they were able to achieve this result before a lot of discovery and a lot of expenses were undertaken.... And so, I would be quite

delighted and satisfied to make the necessary findings that this is an excellent settlement for plaintiffs."

Transcript of Record at 6:18-7:12, *In re Cutter & Buck Sec. Litig.*, No. C02-1948L (W.D. Wash. Dec. 2, 2003).

Mr. Robbins has also negotiated several very highly beneficial settlements of securities fraud class action lawsuits. In a securities fraud class action in San Diego, *In re Titan, Inc. Securities Litigation*, No. 04-CV-0676-LAB (NLS) (S.D. Cal. Dec. 20, 2005), Mr. Robbins, along with his Firm, serving in a co-lead counsel capacity, were able to secure a $61.5 million settlement on behalf of the class. This amounted to half of the estimated damages to the class and far exceeded the normal settlement gained in this type of case. It was also one of the largest securities fraud class action settlements in San Diego's history. Mr. Robbins, as the lead attorney for his prior firm in *Garza v. J.D. Edwards & Co.*, No. 99-1744 (D. Colo. Mar. 21, 2002), also helped secure over a $15 million recovery for a class of purchasers of J.D. Edwards & Co. stock.

Likewise, Mr. Robbins has also helped settle numerous other complex class action lawsuits. For example, Mr. Robbins played a pivotal role in *Supnick v. Amazon.com, Inc.*, No. C-00-0221-P (W.D. Wash. July 11, 2002), litigation which resulted in a $3.8 million cash recovery for the class and critical injunctive relief protecting the privacy of class members and other users of the Internet.

Mr. Robbins has also been at the forefront of litigation on several novel legal topics. For example, as co-lead counsel in a class action brought on behalf of Internet users who had allegedly had their privacy violated because of the design of certain web pages, Mr. Robbins successfully briefed an opposition to a motion to dismiss brought by defendant Website operator Intuit, Inc. ("Intuit"). The issue, whether Intuit violated sections of the Electronic Communications Privacy Act through the manipulation of cookies placed on its visitors' computers, was a novel and untested application of the law. The court denied the defendant's motion to dismiss plaintiffs' cause of action based upon a violation of 18 U.S.C. §2701, *et seq.*, which prohibits unauthorized access to facilities where electronic communication services are provided. *See In re Intuit Privacy Litig.*, 138 F. Supp. 2d 1272 (C.D. Cal. 2001). This success eventually secured a settlement that resulted in numerous privacy protections provided to the class and future users of the quicken.com Website.

In *In re Toys R Us, Inc. Privacy Litigation*, Mr. Robbins successfully opposed a motion to dismiss claims brought under the Electronic Communications Privacy Act by Toys R Us, Inc. and Coremetrics, Inc. in an action alleging surreptitious monitoring of the activities of the users of the toysrus.com website. Despite the highly technical nature of these types of claims, Mr. Robbins was able to help defeat a motion to dismiss a 18 U.S.C. §2520 claim against Coremetrics and a 18 U.S.C. §1030 claim against Toys R Us and Coremetrics. *See In re Toys R Us, Inc. Privacy Litig.*, No. 00-CV-2746, 2001 WL 34517252 (N.D. Cal. Oct. 9, 2001). The upholding of these claims against website providers was believed to be the first of their kind. This success lead to a settlement that provided significantly enhanced privacy protections to future users of the toysrus.com Website.

Mr. Robbins has also successfully briefed two issues of first impression as to whether removal of a shareholder derivative action to federal court based upon federal question grounds was proper. In a shareholder derivative action brought on behalf of JDS Uniphase Corporation

("JDS"), the defendants removed the case claiming that a shareholder derivative action based on similar factual allegations as a securities fraud class action brought against JDS and certain of its officers was not an "exclusively derivative" action under the Securities Litigation Uniform Standards Act of 1998 ("SLUSA") and thus SLUSA authorized removal of the action. Mr. Robbins, however, successfully argued that the similarity of the factual allegations could not alter the derivative nature of the action and the case was therefore not removable under SLUSA and should be remanded. *See Coykendall v. Kaplan*, No. C 02-02287 CW, 2002 WL 31962137 (N.D. Cal. Aug. 1, 2002). As co-lead counsel in a shareholder derivative action brought on behalf of L90, Inc. ("L90"), Mr. Robbins, on another issue of first impression, was also successful in arguing that the removal provisions of SLUSA were not applicable to a shareholder derivative action because that action also included a class action claim seeking to protect the voting rights of L90's shareholders on equitable grounds. *See Shen v. Bohan*, Bo. CV 02-7268, 2002 WL 31962136 (C.D. Cal. Oct. 17, 2002). Mr. Robbins has also successfully briefed to the Supreme Court of Texas that a trial court's determination of whether a plaintiff has adequately alleged that a demand to initiate suit upon a company's board of directors would have been a futile and useless act is not an issue justifying interlocutory review. *See In re Dynegy, Inc.*, No. 03-0768, Order (Tex. Sept. 8, 2003).

Currently, Mr. Robbins is also acting as lead counsel or as an executive committee member in several other complex litigation matters. Mr. Robbins is frequently acknowledged as a prominent and respected litigator in his field, as evidenced by an invitation by the Washington State Bar Association to be a panelist for "After the Storm: Securities and Corporate Litigation in the Post-Sarbanes World" at its 26th Annual Northwest Securities Institute and lectured at the International Class Actions Conference in January of 2007 on the topic of Discovery and eDiscovery Issues. Mr. Robbins was also selected to San Diego's Super Lawyers for 2006, 2007, 2008, and 2009.

Mr. Robbins graduated in only two and one-half years from the University of California, Berkeley with a Bachelor of Arts degree in Sociology in 1993. Mr. Robbins then received his Juris Doctor degree from the Vanderbilt School of Law in 1997. While at Vanderbilt, Mr. Robbins received the top score in Constitutional Law, Corporate Law, Corporate and Securities Transactions, and Soviet Law, and was a research assistant for two very well respected corporate and securities law professors:

(1) Professor Donald C. Langevoort, the Lee S. and Charles A. Speir Professor at Vanderbilt University School of Law, former Special Counsel for the U.S. Securities and Exchange Commission in the Office of the General Counsel, co-author with Professors James Cox and Robert Hillman of *Securities Regulation: Cases and Materials*, author of *Insider Trading: Regulation, Enforcement and Prevention*, and author of many law review articles, a number of which seek to incorporate insights from social psychology and behavioral economics into the study of corporate and securities law and legal ethics, and in addition, Professor Langevoort also has testified numerous times before Congressional committees on issues relating to insider trading and securities litigation reform; and

(2) Professor Larry D. Soderquist, one of the best known and most respected corporate and securities law professors in America, who has authored numerous books and articles on these subjects, including *Understanding the Securities Laws*, the most widely-distributed book of its kind, and also was the Director of Vanderbilt's Corporate and Securities Law Institute.

After graduating from Vanderbilt Law School, Mr. Robbins received his Master of Laws degree in Securities and Financial Regulation from the Georgetown University Law Center in 1998.

Mr. Robbins is licensed to practice law in the State of California and the State of Connecticut, and has been admitted to the U.S. District Courts for the Northern, Central, and Southern Districts of California, the District of Colorado, and the U.S. Court of Appeals for the Second, Fifth, Sixth, and Ninth Circuits.

## MARC M. UMEDA

Mr. Umeda is Co-Founder and a Principal of the Firm. Mr. Umeda earned his Bachelor of Arts degree in Political Science from the University of California, Berkeley in 1994 and his Juris Doctor degree from the University of San Diego School of Law in 1998 where he was a member of the *San Diego Law Review*.

Mr. Umeda has practiced complex litigation throughout his legal career and devotes all of his time to the area of complex shareholder litigation, focusing on shareholder derivative actions and class actions. Mr. Umeda is the lead attorney responsible for the day-to-day management and prosecution of many complex shareholder derivative actions. Recently, Mr. Umeda led a team of lawyers in the prosecution of *In re Cardinal Health Derivative Litigation*, No. 02-CVG-11-639 (Ohio Ct. C.P.-Del. County Dec. 17, 2007). After defeating numerous motions to dismiss and conducting extensive discovery, Mr. Umeda negotiated a resolution that provided for, *inter alia*, $70 million to be paid the company. This settlement is one of the largest of its type.

Mr. Umeda has also prosecuted numerous other actions to resolution. For example, Mr. Umeda was one of the lead counsel in the shareholder derivative action *In re Nicor, Inc. Shareholder Derivative Litigation*, No. 02 CH 15499 (Ill. Cir. Ct.-Cook County Mar. 29, 2005), a shareholder derivative action in the Circuit Court of Cook County, Illinois. His efforts helped to secure $33 million for the company and were a meaningful factor in the personnel changes among the company's executive officers and board of directors members. In recognition of the hard work and significant benefits conferred during the litigation, the Honorable Sophia H. Hall, Presiding Judge for the court, stated "Thank you very much for the good work that you all did. And I think that your stockholders will appreciate it, too. Thank you very much." Mr. Umeda was also described as "an excellent lawyer" who is "trying to do the best possible job he can for [his client]" by the Honorable Mark R. Forcum of the Superior Court of California, County of San Mateo.

Mr. Umeda is also the only lawyer in America that has prevailed in a District Court on the issue of whether section 304 of the Sarbanes-Oxley Act of 2002 provides for a private right of action, enforceable by individual shareholders in a derivative action. This complicated legal issue is currently pending in various Circuit Courts and is a very important tool in making companies whole when their officers are engaged in misconduct that leads to a financial restatement.

Mr. Umeda is licensed to practice law in the State of California, and has been admitted to the U.S. District Courts for the Northern, Central, and Southern Districts of California, the

District of Colorado, and the U.S. Courts of Appeals for the Second, Third, Fourth, Seventh, and Ninth Circuits.

**FELIPE J. ARROYO**

Mr. Arroyo is a Principal of the Firm. He received his Bachelor of Arts degree in Economics from the University of California, Los Angeles in 1989 and his Juris Doctor degree from the Yale Law School in 1992. While at Yale, he served as a Senior Editor of the *Yale Law Journal* and a director of the Moot Court of Appeals. After law school, Mr. Arroyo spent two years with New York–based Weil, Gotshal & Manges LLP, over ten years with Los Angeles-based O'Melveny & Myers LLP and two years as corporate General Counsel for a fitness company. In addition to litigating complex shareholder derivative, securities fraud and corporate breach of fiduciary duty actions, Mr. Arroyo is committed to training and developing core litigation and trial skills for attorneys at the Firm.

Mr. Arroyo's entire legal career has been dedicated to complex litigation. He has prosecuted and defended numerous complex commercial, patent, securities fraud, and breach of fiduciary duty actions. In leading many of these actions, Mr. Arroyo has conducted approximately 100 lay witness and expert depositions and argued numerous discovery, evidentiary, and dispositive motions.

Mr. Arroyo has had broad exposure to an array of complex commercial litigation subjects arising in many different industries. In recent years, he led an investigation on behalf of a publicly traded entertainment company into alleged improprieties raised by a stock exchange concerning trading in its securities. He also managed and supervised a complex litigation defense team of twenty lawyers in contract litigation brought by hotel owners against a global, multi-billion dollar hotel management company. In that multi-year case, Mr. Arroyo honed his electronic document management expertise as he negotiated and supervised the production of millions of pages of documents. He also has approximately five years securities litigation experience in separate cases in which he defended a computer microprocessor manufacturer, biotechnology company, and accounting firm. Mr. Arroyo has also led an international patent infringement litigation team in a successful effort to obtain approximately $25 million in value for the inventor of a fitness device.

Mr. Arroyo is also an experienced trial lawyer. From 2001 through 2006, he directed a unique public/private partnership called the Trial Advocacy Prosecution Program ("TAPP") in which attorneys from O'Melveny & Myers LLP prosecuted approximately ten to twenty criminal jury trials to verdict per year. During his time as the director of TAPP, Mr. Arroyo was lead trial lawyer for seven jury trials that went to verdict, and prosecuted innumerable motions *in limine* and suppression motions. In the last eighteen months alone, Mr. Arroyo spent approximately seven weeks in trial. As the director of TAPP, Mr. Arroyo was also responsible for training and supervising other O'Melveny & Myers LLP trial lawyers. In such capacity, he supervised and trained over 100 lawyers in core trial mechanics, including developing and delivering opening statements, conducting direct and cross examinations, working with exhibits and demonstratives in paper and electronic form, resolving evidentiary issues, and giving persuasive closing arguments.

Mr. Arroyo is licensed to practice law in the State of California and the District of Columbia, and has been admitted to the U.S. District Courts for the Northern and Central Districts of California, and the U.S. District Courts of Appeals for the Ninth and Second Circuits.

## GEORGE C. AGUILAR

Mr. Aguilar is a Principal of the Firm.  Before joining the Firm, Mr. Aguilar investigated, prosecuted, and tried just about every type of offense prosecuted by the U.S. Attorney's Office in San Diego during his seventeen-year tenure as a federal prosecutor.  He began his career with the U.S. Attorney's Office in the Trial Section, taking immigration and drug-related offenses to trial, and then moved on to pursue grand jury investigations, indictments, and trials in the areas of fraud, violent crime, firearms, civil rights, and large-scale narcotics conspiracies in the Office's General Crimes Section.  He later served four years as Chief of the Terrorism, Violent Crimes, and General Prosecutions Section and also led a team of trial lawyers as a deputy chief for the General Crimes Section.  In the area of complex fraud, Mr. Aguilar served four years as a trial lawyer on the Financial Institution Fraud Task Force and another four years in the Major Frauds Section.  There, he led grand jury investigations, indicted, and tried complex white collar criminal cases, including corporate, securities, bank, investor, tax, foreign currency, bankruptcy fraud, bank bribery, and money laundering.  His trial work in these sections achieved important convictions in *United States v. Heffner*, No. 3:95-cr-0069-B (S.D. Cal. June 18, 1998) one of the largest bank bribery offenses ever committed, *United States v. McCray*, No. 3:02-CR-00332 (S.D. Cal. May 2, 2007) a massive fraudulent foreign currency operation resulting in the imprisonment of the operation's leader for nearly eighteen years, and *United States v. Scharnhorst*, No. 3:98-cr-00219-J-2 (S.D. Cal. Jan. 4, 2000) and *United States v. Simon*, No. 3:02-cr-00245 (S.D. Cal. June 13, 2005) damaging foreclosure relief scams.

Mr. Aguilar tried more than forty felony criminal trials to verdict, authored thirty-five appellate briefs and argued more than a dozen cases on appeal before the U.S. Court of Appeals for the Ninth Circuit.  Mr. Aguilar's tenure included six years as one of the Office's supervising ethics officers.  He was a member of the U.S. Attorney's Office's hiring and death penalty committees.  For his work, Mr. Aguilar received several awards of recognition from the U.S. Department of Justice and federal agencies, including receiving the prestigious Executive Office for U.S. Attorneys' Director's Award.

Mr. Aguilar is also well-known in the local legal community, having served as vice-chair and chair of the Federal Courts Committee of the State Bar of California.  He was appointed chair of the City of San Diego's Citizens Equal Opportunity Commission by two Mayors of the City of San Diego.  He served as president for both San Diego La Raza Lawyers and California La Raza Lawyers, and has been a long-time member and chair of San Diego La Raza Lawyers' Judicial Endorsements Committee.  He was selected by the U.S. District Court for the Southern District of California's federal judges to serve on the district's magistrate selection committee in its recent appointment of the federal magistrate for Imperial County.  Mr. Aguilar received the San Diego Mediation Center's Peacemaker Award for his community service work and was an honoree of the Hispanic Heritage's 100 Portraits presentation.

Mr. Aguilar received his Bachelor of Arts degree in Political Science and Journalism from the University of Southern California in 1983 and his Juris Doctor degree from Boalt Hall School of Law at the University of California, Berkeley in 1986.  While at Boalt, Mr. Aguilar served on the Moot Court Board and was managing editor of the *La Raza Law Journal*.  After

law school, he spent three years as an associate at Morrison & Foerster LLP in its San Francisco office working on complex securities litigation.  He left Morrison & Foerster LLP to join the U.S. Attorney's Office in San Diego in January 1990.

Mr. Aguilar joined the Firm in 2007 and now focuses his practice primarily in the litigation of complex actions, including securities fraud class actions and shareholder derivative actions.  Mr. Aguilar is licensed to practice law in the State of California and has been admitted to the U.S. District Courts for the Northern and Southern Districts of California, the District of Wisconsin, and the U.S. Court of Appeals for the Ninth Circuit Court.

## S. BENJAMIN ROZWOOD

Mr. Rozwood is a Principal of the Firm.  Mr. Rozwood received his Juris Doctor degree from Harvard Law School in 1994, where he served as President of the International Law Society and was awarded the Reginald Lewis International Fellowship.  Prior to law school, Mr. Rozwood graduated *magna cum laude*, Phi Beta Kappa, and as a Regents Scholar from University of California, Los Angeles in 1991.

Prior to joining the Firm, Mr. Rozwood spent six years in the securities and insurance litigation practice groups of O'Melveny & Myers LLP, one of the top law firms in California and internationally.  Mr. Rozwood also previously served as a corporate finance associate handling public and private debt and equity offerings, combination transactions, tender offers, and related U.S. Securities and Exchange Commission filings.  Mr. Rozwood has broad experience in corporate and securities litigation matters involving inadequate business and financial data reporting, GAAP noncompliance, insider trading, and illegal product pricing and sales practices in various industries including finance, energy, entertainment, communications, insurance, and the Internet.  Some of Mr. Rozwood's complex litigation experience includes:

• Defeating a suit by bondholder plaintiffs to enjoin a $12.9 billion debt exchange offer;

• Serving as counsel to the audit committee of a board of directors of a publicly traded company investigating certain accounting entries when the company's outside auditor expressed concerns before a scheduled earnings announcement.  As part of this process, Mr. Rozwood interviewed current and former company employees including the chief executive officer, chief financial officer, and controller, analyzed relevant books and records, reviewed company policies and procedures, and prepared conclusions and recommendations for presentation to the audit committee;

• Working on several securities fraud class actions, taking the lead role in researching and writing motions to dismiss, including the review of analyst reports, news releases, and SEC filings, and analysis of pleading requirements and "forward-looking" statement safe harbor issues.  Mr. Rozwood also has significant experience interviewing witnesses in such cases, before and after the commencement of formal discovery;

• Successfully defending several executives of a delisted public company in a suit brought by sophisticated foreign investors alleging fraud and breach of contract in a "death spiral" Private Investment in Public Equity transaction.  Mr. Rozwood was responsible for mapping out and executing the discovery plan, taking and defending depositions, presenting

arguments at the mediation, supervising a team of over ten lawyers and staff to execute an expanded discovery and dispositive motion strategy, and successfully writing and arguing key motions for summary adjudication.  Mr. Rozwood's representation resulted in his client paying nothing and plaintiffs making a significant payment to Mr. Rozwood's client in settlement of its cross-claims;

•       Researching, preparing, and arguing a motion to compel NASD arbitration in a case involving complex securities and insurance products.  Mr. Rozwood negotiated the protective order and handled all fact development and legal issues, including the respective duties of broker/dealers and issuers in those transactions.  Based on witness interviews and review of key documents, Mr. Rozwood prepared the statement of answer, including a cross-claim for indemnity, wrote the mediation brief, presented the case at mediation, handled all negotiations, and settled the case without his client paying anything.  Mr. Rozwood also prevailed on the cross-claim for indemnity;

•       Representing a major insurance company in shaping case strategy and organizing and supervising a team of associates to execute a discovery plan in an arbitration that went to trial before a panel of AAA arbitrators.  Mr. Rozwood took and defended numerous depositions, and prepared and prevailed on a motion to compel key witnesses and documents.  Mr. Rozwood also reviewed and analyzed key documents, including the Underwriting and Quota Share Reinsurance Agreements and damages production, and worked with damages expert to prepare his report.  After researching relevant fiduciary duty principles for agents in insurance law contexts, Mr. Rozwood drafted the trial brief on that point and addressed form and rate filings with regulatory authorities and related actuarial justifications.  After Mr. Rozwood cross-examined the other side's chief actuary and underwriter at trial, Mr. Rozwood's trial team defeated all adverse claims, and their client prevailed on some of its affirmative claims;

•       Researching and preparing the opposition to plaintiffs' motion for a temporary restraining order and settling the case on favorable terms for his client before the hearing in a trademark infringement action brought by a major computer company;

•       Researching and revising a demurrer based on plaintiff's improper joinder of defendants, and obtaining an outright dismissal of the suit in a unfair premium refund practices complaint alleging violations of California Business and Professions Code §17200 brought against a Bermuda-based property and casualty reinsurer; and

•       Working on a trial team that defeated a $100 million claim at trial for tortious business practices and contract breaches against one of the largest telecommunications services companies in the world.  Mr. Rozwood researched and wrote numerous motions *in limine*, worked with statistics expert to prepare rebuttal declaration testimony supporting same, and drafted portions of the trial brief.

Mr. Rozwood also has extensive experience representing studios and television networks in a variety of assignments, including researching and writing anti-SLAPP motions, and successfully demurring to a false advertising suit on first amendment grounds.  Mr. Rozwood has also represented the executives of a top network in negotiating an extension to a showrunner team's production contract in connection with renewal of a well-known TV series.

Mr. Rozwood has handled numerous contract and copyright claims and AFMA arbitrations, including several arbitrations relating to pre-sales and delivery disputes arising out of distribution contracts, and a suit to recover a minimum guarantee advance payment based on failure to meet delivery specifications.

Mr. Rozwood now focuses his litigation efforts on representing shareholders, consumers, and employees in complex class and representative actions in California and throughout the United States. Mr. Rozwood is licensed to practice law in the State of California, and has been admitted to the U.S. District Courts for the Northern and Central Districts of California, and the U.S. Court of Appeals for the Third Circuit.

## KEVIN A. SEELY

Mr. Seely is a Principal of the Firm. Mr. Seely is a former Assistant U.S. Attorney ("AUSA") with substantial experience in both criminal and civil fraud prosecutions. He is a trial lawyer with over fifteen years of litigation practice in both the government and in the private sectors. He graduated *cum laude* from the University of California, Irvine in 1988 and earned his Juris Doctor degree in 1992 from the Northwestern School of Law of Lewis & Clark College, where he was an Associate Editor of the *Lewis & Clark Law Review*.

Mr. Seely has a proven track record in litigating and trying complex criminal and civil fraud cases and has argued numerous motions in both civil and criminal matters. Throughout his career, Mr. Seely has been responsible for developing and implementing complex fraud and public corruption investigation and litigation strategies. While he was with the government, he worked with and consulted numerous auditors, forensic accountants, and other experts, including agents from the Federal Bureau of Investigations, Office of Inspector General, and Central Intelligence Agency to develop complex investigations and to prepare matters for trial. In prosecuting these cases, Mr. Seely mastered, among other things, the tracing of fraudulent transactions through mazes of accounting spreadsheets and accounting records.

Over the years, Mr. Seely has handled countless complex and document-intensive discovery issues and disputes as well as represented several foreign entities, obtained documents from foreign countries, and taken depositions of foreign nationals. Mr. Seely has ample experience working closely with expert witnesses in a variety of technical fields and has logged hundreds of hours working with experienced forensic accountants in order to master complex accounting systems of the companies that were being investigated. In doing so, he has perfected the skill of being able to translate complex and convoluted subject matter into understandable and logical facts able to be comprehended by the average juror.

Mr. Seely has assisted federal agencies in drafting detailed search warrants and document demands. He has taken numerous depositions and ample grand jury testimony, and has tried cases before judges and juries and negotiated multi-million dollar settlements.

In doing all of this, Mr. Seely earned a reputation as a solid and tenacious trial lawyer. For example, he was once appointed by a court to perform as the lead defense counsel in a murder trial. Later in his career, as an AUSA, he successfully prosecuted high-ranking government officials, corporate entities, and sophisticated business professionals for a variety of fraud schemes, including wire and mail fraud, bribery, theft of government services, embezzlement, and healthcare fraud, among other things. Following a jury trial, wherein Mr.

Seely obtained a guilty verdict against a former Finance Secretary for stealing public funds, the veteran district court judge presiding over the matter later commented that Mr. Seely's trial presentation was one of the best presentations that the judge had seen in his courtroom.

Before serving as an AUSA, Mr. Seely had already acquired substantial civil litigation experience.  From 1992 to 1998, Mr. Seely was first an associate and then later a partner of the law firm of Mair, Mair, Spade & Thompson, P.C., where he primarily represented corporate clients in complex business and litigation matters.  His primary areas of focus were in commercial litigation and insurance defense.  During his tenure with the firm, Mr. Seely worked on a number of complex commercial cases, conducting numerous depositions and arguing countless discovery and dispositive motions and appeals.

As an AUSA for the District Courts for the Districts of Guam and Northern Mariana Islands from 1998 through 2000, Mr. Seely handled complex criminal matters for the U.S. government.  His focus was on white collar crime and public corruption matters.  Many of these cases involved claims of embezzlement and wire fraud by white collar professionals in the banking, government services and healthcare industries.

From 2000 to 2006, Mr. Seely served as an AUSA in the U.S. District Court for the Southern District of California.  In this position, Mr. Seely expanded his complex fraud prosecution practice to encompass civil fraud claims under the Federal False Claims Act.  These cases, while varied, primarily involved the investigation and civil prosecution of fraudulent billing practices by defense contractors and healthcare providers.

Mr. Seely is licensed to practice law in the State of California, Guam, and the Commonwealth of the Northern Mariana Islands (CMNI).  He has been admitted to District Courts of Guam and the Northern Mariana Islands, as well as the U.S. District Courts for the Northern, Central, and Southern Districts of California, and the U.S. District Court of Appeals for the Ninth Circuit.  At the Firm, Mr. Seely focuses on representing shareholders, consumers, and employees in complex class and representative actions in California and throughout the United States.

## CRAIG W. SMITH

Mr. Smith is a Principal of the Firm.  He earned his Bachelor of Arts degree from the University of California, Berkeley in 1988, where he was initiated into Phi Beta Kappa.  Mr. Smith received his Juris Doctor degree from the Yale Law School in 1992.  While at Yale, he completed an externship at the U.S. Attorney's Office in New Haven, Connecticut.

Mr. Smith joined the Litigation Department of O'Melveny & Myers LLP in 1993.  He spent over a decade representing Fortune 500 corporations and their officers, directors, and controlling shareholders in securities class actions and shareholders' rights litigation and in related SEC, NASD, and NYSE investigations.  Mr. Smith has successfully defended clients accused of financial reporting fraud, product development fraud, GAAP non-compliance, improper revenue recognition, insider trading, breach of fiduciary duties, and market manipulation in the energy, financial services, information technology, leisure services, and software industries.  In addition to his extensive securities litigation experience, Mr. Smith also represented clients in a broad range of complex commercial litigation and regulatory matters,

including business tort, Business and Professions Code section 17200, environmental, eminent domain, professional malpractice, commercial speech, and defamation actions.

In 2003, Mr. Smith joined a global financial services company, as Regional Counsel for the Northern Pacific Region, which encompassed thirty-five retail securities brokerage offices with 1,200 employees located throughout California, Oregon, Washington, Alaska, and Hawaii. Mr. Smith was the primary legal counsel for the Region Manager, the thirty-five branch office managers, and their respective management teams, supervising and advising management regarding all litigation, employment, and regulatory matters. Mr. Smith also conducted internal investigations, responded to regulatory inquiries, prepared employees for interviews and testimony before the SEC, SROs, and state regulators, and provided legal advice regarding client complaints and arbitrations, compliance and supervision, financial products and services, restricted securities, trademark and privacy, competition, and transactional matters.

Mr. Smith's practice at the Firm focuses on representing shareholders in derivative, mergers and acquisitions and class actions. Mr. Smith is licensed to practice law in the State of California, and has been admitted to the U.S. District Courts for the Northern, Central, and Southern Districts of California, and the U.S. Court of Appeals for the Ninth Circuit.

**CAROLINE A. SCHNURER**

Ms. Schnurer is a Principal of the Firm. Ms. Schnurer graduated with a Bachelor of Arts degree in Politics from Scripps College in Claremont, California in 1995. While at Scripps, Ms. Schnurer advocated for the legal and social rights of children through an externship with Public Counsel's Children's Rights Project in Los Angeles, California. She subsequently received her Juris Doctor degree in 1999 from the University of Notre Dame Law School in South Bend, Indiana. During law school, Ms. Schnurer served as Book Review Editor for *The Journal of College and University Law* and as a research assistant to family law professor J. Eric Smithburn. In the summer of 1998, Ms. Schnurer clerked for the U.S. Attorney's office for the District of Montana and worked on both civil and criminal matters.

After graduation from Notre Dame, Ms. Schnurer began her legal career at the Law Office of Kathleen Whitney Rohr in Palm Springs, California as an estate planning and elder law attorney. She became well-versed in all aspects of estate planning, probate and trust administration and litigation, conservatorships and elder law. During this time, Ms. Schnurer also served as court-appointed private counsel for Public Counsel of Riverside County, was a member of the National Academy of Elder Law Attorneys, Inc., and was involved in various community organizations related to elder care and protection.

Since joining the Firm in 2003, Ms. Schnurer has dedicated her legal practice to complex litigation and has gained extensive experience with complex shareholder derivative actions, class actions, securities fraud, consumer, and ERISA actions. She has managed a vast array of complex litigation, and has successfully defended against motions to dismiss, demurrers, and motions to stay. In addition, Ms. Schnurer has played an integral role in achieving court approval of noteworthy settlements. For example, Ms. Schnurer served as a key player as one of the co-lead counsel which secured an impressive, comprehensive settlement in *In re Tenet Healthcare Corp. Derivative Litigation*, No. 01098905 (Cal. Super. Ct.-Santa Barbara County May 5, 2006), *aff'd* No. B192252 (Cal. App. Sept. 20, 2007). This settlement was upheld on appeal and was comprised of significant monetary and non-monetary benefits including the

creation of a settlement fund of $51.5 million to be paid to Tenet Healthcare Corporation and corporate governance measures designed to provide greater independence of and accountability by Tenet Healthcare Corporation's Board of Directors, such as the separation of the position of chief executive officer and chairman so that the same individual does not hold both positions, as well as strict internal financial controls, enhanced guidelines for stock ownership and stock retention, and a comprehensive insider trading policy.

In addition, after many years of litigation, Ms. Schnurer was involved in obtaining court approval of the settlements in *In re OM Group, Inc. Derivative Litigation*, No. 1:03CV0020 (N.D. Ohio Nov. 10, 2005) (settlement secured $29 million for OM Group and numerous corporate governance changes); *In re Dynegy Inc. Derivative Litigation*, No. 2002-25250 (Tex. Dist. Ct.-Harris County July 8, 2005) (settlement achieved groundbreaking corporate governance reforms including the replacement of eleven members of the Dynegy's Board of Directors, as well as the replacement of Dynegy's outside auditor and key senior officers including, but not limited to, the chief executive officer and chief financial officer, and a promise by Dynegy's directors and officers' insurers to contribute as much as possible to the settlement of the consolidated federal securities action, which resulted in a $150 million contribution from the directors and officers' insurers); and *In re Rhodia, Inc. ERISA Litigation*, No. 1:05-CV-10242 DAB (S.D.N.Y. June 13, 2008) (settlement led to the creation of a $2.4 million settlement fund and significant non-monetary benefits which provide greater accountability from Rhodia Inc.'s Savings Plus plan fiduciaries and protections for plan participants, such as the elimination of Rhodia's Common Stock Fund which was at issue in the litigation, and secured the ability of plan participants to transfer funds from future common stock funds without restriction).

In the context of shareholder derivative claims, Ms. Schnurer has been successful in remanding shareholder derivative suits from federal court to state court. For example, in *In re Blockbuster, Inc. Derivative Litigation*, No. 03-1975 (Tex. Dist. Ct.-Dallas County Jan. 19, 2005), a shareholder derivative suit brought on behalf of Blockbuster, Inc., the defendants removed the case to federal court based upon plaintiff's allegations of the defendants' violations of federal securities laws. Ms. Schnurer successfully argued that the allegations of the defendants' violations of federal securities were merely used as support for the defendants' violations of state fiduciary laws and were not essential in determining whether or not the defendants breached their fiduciary duties under state law. *See Young ex rel. Blockbuster, Inc. v. Antioco*, No. 3:03-CV-0333-M, 2003 WL 23201342 (N.D. Tex. Aug. 6, 2003). Then again, in *In re Michaels Stores, Inc. Class & Derivative Action*, No. 03-02641 (Tex. Dist. Ct.-Dallas County Jan. 7, 2008), a shareholder derivative suit on behalf of Michaels Stores, Inc., the defendants claimed that the case should be removed to federal court because plaintiff's allegations of federal securities violations had to be adjudicated in order to resolve plaintiff's state law claims. Ms. Schnurer once again successfully argued that the allegations of federal securities violations were peripheral to the state law issues and that the state law allegations did not involve the resolution of a substantial question of federal law. Both cases were remanded and plaintiffs in both actions were awarded their attorneys' fees and costs incurred in connection with defendants' improvident removal. *See Fathergill ex rel. Michaels Stores, Inc. v. Rouleau*, No. 3:03-CV-0879-D, 2003 WL 21467570 (N.D. Tex. June 23, 2003).

Ms. Schnurer is licensed to practice law in the State of California and has been admitted to the U.S. District Courts for the Northern, Central, and Southern Districts of California, the District of Colorado, and the U.S. Court of Appeals for the Tenth Circuit.

**STEPHEN J. ODDO**

Mr. Oddo is a Principal of the Firm.  Mr. Oddo earned his Bachelor of Arts degree at Santa Clara University in 1986 and his Masters of Science degree in Journalism from Northwestern University, Medill School of Journalism in 1987.  He earned his Juris Doctor degree from the University of San Diego School of Law.  During law school, he served as intern for the Honorable Eugene Lynch, U.S. District Judge in the Northern District of California.

Mr. Oddo has devoted his practice to representing individual and institutional shareholders in corporate merger and acquisition class actions for nearly a decade.  He has secured tens of millions of dollars of additional consideration for shareholders whose investments have been adversely impacted by corporate transactions.  He has also achieved disclosure of material information to shareholders so they are informed on the transaction at the time of the vote.  His litigation efforts have helped preserve the integrity of the merger process in companies across the country and helped maximize the value to shareholders.

Prior to joining Robbins Umeda LLP in 2010, Mr. Oddo was partner at Coughlin Stoia Geller Rudman & Robbins LLP (now known as Robbins Geller Rudman & Dowd LLP), where Mr. Oddo was part of a team at the forefront of litigating shareholder claims challenging unfair business combinations.

Before entering the legal profession, Mr. Oddo served as Press Secretary to U.S. Representative, Robert T. Matsui (D-Cal).  Mr. Oddo is licensed to practice law in the State of California and has been admitted to the U.S. District Courts for the Northern, Central, and Southern Districts of California.

## <u>ASSOCIATES</u>

**KELLY M. McINTYRE**

Ms. McIntyre graduated with a Bachelor of Science and Bachelor of Arts degree in Accounting from American University in Washington, DC in 1989, where she was named to the Dean's List.  After earning her undergraduate degree, Ms. McIntyre worked as an auditor for Deloitte & Touche LLP and subsequently as an assistant controller for a Napa Valley winery.  In 1997, Ms. McIntyre earned her Master of Business Administration degree, graduating first in her class with a dual concentration in Finance and Marketing from the Pepperdine University Graziadio School of Business and Management.

In 2000, Ms. McIntyre earned her Juris Doctor degree from Pepperdine University School of Law, where she excelled in corporations, comparative securities, and bankruptcy laws between the United States and China, mediation, and water law.  During law school, Ms. McIntyre was an intern at the National Association of Securities Dealers, Inc. in Los Angeles, California and spent her summers working for boutique law firms practicing in the areas of employment and family law.  Ms. McIntyre simultaneously earned her Master of Dispute Resolution from the Pepperdine University Strauss Institute for Dispute Resolution, where she received a competitive fellowship and mediated cases pending before the California Superior Courts.

For the first four years after graduation, Ms. McIntyre had an extensive practice in securities litigation and arbitration, representing major brokerage firms and brokers in customer disputes, employment litigation, and class actions.

Ms. McIntyre served as an associate of Robbins Umeda from 2004 to 2007, and rejoined the Firm in the spring of 2009. Throughout her tenure with the Firm, Ms. McIntyre has concentrated her practice in the litigation of complex class actions, securities fraud, and shareholder derivative actions. Ms. McIntyre has broad experience in the full range of shareholder rights litigation duties, from inception through appeal. She has experience investigating and writing complaints, drafting and negotiating written discovery, deposing board of directors and special litigation committee members, and arguing discovery and dispositive motions in court. Ms. McIntyre also has extensive experience negotiating compromises in corporate governance reforms, mediating settlements, and obtaining court approval of settlements.

Ms. McIntyre is licensed to practice law in the State of California, and has been admitted to the U.S. District Courts for the Northern, Central, Southern, and Eastern Districts of California and the United States Supreme Court.

**SHANE P. SANDERS**

Mr. Sanders received his Bachelor of Arts degree in Sociology from the University of California, Santa Barbara ("UCSB") in May 2001. He was also a member of UCSB's Division I track and field team, specializing in the 400-meter dash. In May 2004, he obtained his Juris Doctor degree from the University of San Diego School of Law ("USD"). During law school, Mr. Sanders worked as a law clerk at the San Diego County Public Defender's Office, where he represented clients in various criminal matters and gained invaluable experience both in and out of the courtroom. He gained further experience in legal writing and oral argument through his participation in USD's Thorsnes Closing Argument Competition and Senior Honors Moot Court Competition. He was also a member of USD's Sports and Entertainment Law Society and the Association of Trial Lawyers of America.

Since joining the Firm, Mr. Sanders has concentrated his practice in the litigation of complex class actions, securities fraud, and shareholder derivative actions. Mr. Sanders is licensed to practice law in the State of California, and has been admitted to the U.S. District Courts for the Central and Southern District of California, and the U.S. Court of Appeals for the Ninth Circuit.

**REBECCA A. PETERSON**

Ms. Peterson received her Bachelor of Arts degree in Political Science with a focus in Philosophy of Political Thought and a concentration in Environmental Studies from St. Olaf College in Northfield, Minnesota in 1998. While attending St. Olaf, Ms. Peterson was a frequent contributor of opinion pieces to the student newspaper, Manitou Messenger. As an undergraduate, Ms. Peterson was also an intern for the American Bar Association's Section of International Law in Washington, DC. Upon graduation, Ms. Peterson went to work at North State Advisers, Inc., a governmental and public relations firm in Minneapolis, Minnesota, where she served as the Communications Specialist and a Lobbyist. While at North State Advisers, Ms. Peterson advised clients on political strategies, effectively argued client issues before elected

officials, drafted amendments, and introduced bills on behalf of clients. Ms. Peterson left North State Advisers in 2002 to attend law school.

In May 2005, Ms. Peterson received her Juris Doctor degree from the University of San Diego School of Law. During law school, Ms. Peterson was a law clerk for the Ramsey County Attorney's Office in Minnesota and a research assistant to Kevin Cole, the present Dean of the University of San Diego School of Law. Additionally, Ms. Peterson was a law clerk at the Attorney General's Office of the State of California in the Criminal division of Appeals, Writs, and Trials in San Diego. Ms. Peterson, as a certified law student, had the very unique opportunity to submit multiple respondent briefs on behalf of the State and successfully argue two cases in front of the California Court of Appeals.

In the fall of 2005, Ms. Peterson was licensed under the General Securities Representative Examination, also known as the Series 7, to solicit, purchase, and/or sell all securities products and under the Series 66 as an Investment Advisor Representative.

Since joining the Firm, Ms. Peterson has concentrated her practice in the litigation of complex securities class actions and shareholder derivative actions. Ms. Peterson is licensed to practice law in the State of California, and has been admitted to the U.S. District Courts for the Central and Southern Districts of California, the District of Colorado, and the U.S. Courts of Appeal for the Second, Sixth, and Ninth Circuits.

## ASHLEY R. PALMER

Ms. Palmer received her Bachelor of Arts degree in Psychology from the University of California, Santa Barbara ("UCSB") in May 2002. She then accepted a full scholarship to Thomas Jefferson School of Law, where she obtained her Juris Doctor degree in May 2006. Ms. Palmer graduated from law school *summa cum laude* second in her class out of 194 students. While in law school, Ms. Palmer was Chief Articles Editor and Notes Editor of the *Thomas Jefferson Law Review* and Vice President of Operations of the Tax Society, as well as a summer associate with the Firm. She also received the Outstanding Scholastic Achievement Award for the 2004-2005 school year in recognition of her significant contribution toward overall legal scholarship. Ms. Palmer was also on the Dean's List throughout law school and achieved the highest grade in Honors Legal Writing II, Trusts, Property II, Business Associations, and Securities Regulations.

Since joining the Firm, Ms. Palmer has concentrated her practice in the litigation of complex actions, including securities fraud class actions and shareholder derivative actions. Ms. Palmer is licensed to practice law in the State of California and has been admitted to the U.S. District Courts for the Northern and Central Districts of California.

## ARSHAN AMIRI

Mr. Amiri earned his Bachelor of Science degree in Chemistry with an emphasis in Biological Chemistry from the University of Utah in 2001. Following his undergraduate studies, Mr. Amiri enrolled in the graduate program for Bioengineering at the University of Utah, and completed his Master of Science program in 2003. During his Master of Science studies, Mr. Amiri's research focused on the targeted delivery of polymer conjugated anti-cancer compounds

to tumor sites for cancer therapy.   In the summer of 2003, he presented his work at an international science conference for the Controlled Release Society.

Mr. Amiri earned his Juris Doctor degree at the University of San Diego School of Law in 2006.  While in law school, Mr. Amiri served as a judicial extern to the Honorable Rudi M. Brewster of the U.S. District Court for the Southern District of California.  Mr. Amiri focused much of his legal coursework on the study of Intellectual Property law by taking such classes as Patent Law, Biotechnology Law, Intellectual Property Seminar, and an International Intellectual Property.  Additionally, Mr. Amiri served as a law clerk to a sole patent practitioner.

Since joining the Firm, Mr. Amiri has concentrated his practice in the litigation of corporate merger actions, shareholder derivative actions, and breach of fiduciary duty actions involving publicly traded companies.  Mr. Amiri is licensed to practice law in the State of California and has been admitted to the U.S. District Courts for the Central and Southern Districts of California.

## JULIA M. WILLIAMS

Ms. Williams graduated with a Bachelor of Arts degree in Political Science and Economics with Honors from the University of California, San Diego in 2002.  After graduation, she worked as a financial analyst at a Fortune 500 company.  In this position, she prepared presentations and accompanying materials for monthly, quarterly, and annual board of directors and executive officer meetings, drafted company financial reports, and participated in the preparation of company wide financials and Securities and Exchange Commission filings.

In May 2006, Ms. Williams obtained her Juris Doctor degree from the University of California, Los Angeles School of Law, with a concentration in Business Law.  While in law school, Ms. Williams was Managing Editor for the *Entertainment Law Review*, and a staff member of the *Journal of International Law and Foreign Affairs*.  Ms. Williams also participated in Moot Court and numerous student volunteer organizations, and was the recipient of the Graduate Opportunity Fellowship.

Upon graduation from law school, Ms. Williams began practice in general civil and business litigation.  Since joining the Firm, she has concentrated her practice in the litigation of corporate merger actions, complex class actions, and securities fraud and shareholder derivative actions.  Ms. Williams is licensed to practice law in the State of California, and has been admitted to the U.S. District Court for the District of California, and the U.S. Court of Appeals for the First Circuit.

## GREGORY E. DEL GAIZO

Mr. Del Gaizo graduated *cum laude* from the Providence College in May 2003 before accepting a scholarship to attend the University of San Diego School of Law.  Mr. Del Gaizo obtained his Juris Doctor degree in May 2006, and became an associate attorney with the Firm in January 2008.

Before becoming an associate with the Firm, Mr. Del Gaizo honed his litigation skills as freelance litigation attorney.  One of his first contract assignments with the Firm was in connection with a complex derivative case that arose from accounting manipulations at a large wholesale drug distributor.  Besides helping identify key documents in the case, Mr. Del Gaizo

played a role in preparing witness materials for depositions, mapping discovery drafts, and identifying issues in corporate law relevant to the litigation of the case.

Mr. Del Gaizo's interest in corporate law dates back to his time in law school. As a law student, Mr. Del Gaizo was a research assistant to corporate law professor Frank Partnoy. As a corporate law research assistant, Mr. Del Gaizo developed his research and legal expertise in the legal principles that relate to the sort and type of shareholder rights litigation that the Firm handles for its clients. Mr. Del Gaizo also demonstrated his commitment to business-related dispute resolution as an intern at Kim & Chang, the largest law firm in Korea. While with Kim & Chang, Mr. Del Gaizo worked on trademark and internet domain name disputes with international implications. Mr. Del Gaizo also interned for the New York City Law Department while in college. As an intern, he worked on briefings concerning the constitutionality of the environmental conditions in New York City jails.

Since joining the Firm, Mr. Del Gaizo has concentrated his practice in the litigation of shareholder derivative actions and in class actions challenging the propriety, terms, and disclosures regarding certain merger proposals concerning publicly traded companies. Mr. Del Gaizo is licensed to practice law in the State of California, and has been admitted to the U.S. District Court for the Central District of California.

## ALEJANDRO E. MORENO

Mr. Moreno graduated *magna cum laude* from the University of California, Santa Barbara ("UCSB") in 2003, where he earned his Bachelor of Arts degree in Political Science. While at UCSB, Mr. Moreno served on the Legislative Council of Associated Students and earned recognition on the Dean's Honors List numerous quarters. He also studied Political Science for one year at Universidad Central de Barcelona in Spain and wrote a well-received paper on the implications of the development of European Union foreign policy.

In March 2008, Mr. Moreno received his Juris Doctor degree from Harvard Law School. He simultaneously studied at University of Cambridge–King's College, where he earned his Master of Laws degree in Commercial Law in June 2007. While at Harvard, Mr. Moreno was a Section Seven Finalist for Best Brief in the Ames Moot Court competition. He was also an active member in the Lincoln's Inn Society and Harvard Latin American Law Society.

During law school and prior to joining Robbins Umeda LLP, Mr. Moreno worked for two global law firms and honed his litigation and legal writing skills in the areas of corporate and transactional law, among others. Mr. Moreno has experience representing multi-national corporations in the broadest range of legal matters including defending a national telecommunications company in a patent infringement suit, briefing a large corporate bankruptcy client on employment law issues, drafting agreements for multi-million dollar financing of a real estate development, and advising a large power generation company of potential liabilities under a contemplated power purchase agreement.

At Robbins Umeda LLP, Mr. Moreno focuses his practice on shareholder derivative actions and complex securities class actions. Mr. Moreno is fluent in Spanish and is licensed to practice law in the State of California.

**JAY N. RAZZOUK**

Mr. Razzouk received his Bachelor of Science degree in Business Accounting from La Sierra University in 2005. Mr. Razzouk graduated *summa cum laude* with Honors and was distinguished by the University President as the 2005 Outstanding University Undergraduate. Mr. Razzouk then accepted a scholarship to Pepperdine University School of Law, where he obtained his Juris Doctor degree in May 2008. He graduated from law school *cum laude* and as a fellow of the Geoffrey H. Palmer Center for Entrepreneurship & the Law.

While at Pepperdine law school, Mr. Razzouk was a Business Editor for the *Journal of Business, Entrepreneurship and the Law*, President of Pepperdine's chapter of the Federalist Society, and a Lieutenant Governor for the Law Student Division of the American Bar Association. Mr. Razzouk also earned Dean's List honors in his third year of law school.

Mr. Razzouk was a summer associate with the Firm during the summer of 2007. Since re-joining the Firm after law school in 2008, he has concentrated his practice in the litigation of complex shareholder rights actions, including shareholder derivative actions and securities fraud class actions. Mr. Razzouk is licensed to practice in the State of California and has been admitted to the U.S. District Courts for the Central and Southern Districts of California.

**GINA STASSI**

Ms. Stassi graduated *magna cum laude* from Loyola Marymount University with a Bachelor of Arts degree in English. She received her Juris Doctor degree from Pepperdine University School of Law. While in law school, she served as a law clerk for a Los Angeles-based plaintiff's firm and as judicial extern to the Honorable Michael Johnson of the Superior Court of California, Los Angeles.

Gina Stassi concentrates her practice on litigating shareholder derivative and consumer class actions. She has represented clients in the financial, insurance, health care, technology, energy, and auto industries and has served on litigation teams for cases arising from the subprime meltdown, false advertising, insider trading, and other types of corporate misconduct and unfair business practices. She is licensed to practice law in the State of California.

**CONRAD B. STEPHENS**

Mr. Stephens graduated *cum laude* from California State University, San Marcos in 2005, where he earned a Bachelor of Arts degree in Political Science. While there, Mr. Stephens was a charter member of Pi Sigma Alpha, a national political science honor society, and was named to the Dean's List six times.

Mr. Stephens attended the University of San Diego School of Law and earned his Juris Doctor degree in 2009. Before completing law school, Mr. Stephens developed an interest in, and commitment to, shareholder rights litigation, working first in the Firm's client relations department and, after his second year of law school, as a law clerk. While attending law school, Mr. Stephens served as judicial intern to the Honorable Thomas A. Wiseman, Jr. of the U.S. District Court for the Middle District of Tennessee, and gained valuable research and writing experience on a wide range of litigation issues. He also studied international negotiations and comparative civil rights at Trinity College in Dublin, Ireland.

At Robbins Umeda LLP, Mr. Stephens focuses his practice on case evaluations in connection with shareholder rights litigation.   He is licensed to practice law in the State of California.