# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAXWELL VANDEVELDE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>CHINA NATURAL GAS, INC., QINAN JI, ZHIQIANG WANG, DONALD YANG, DAVID SHE, CARL YEUNG and LAWRENCE LEIGHTON,<br><br>　　　　　Defendants. | C.A. No. 1:10-CV-728-SLR<br><br>CLASS ACTION |

## MOTION OF ROBERT SKEWAY TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL

| | |
|---|---|
| **RIGRODSKY & LONG, P.A.**<br>Seth D. Rigrodsky (#3147)<br>Brian D. Long (#4347)<br>919 N. Market Street, Suite 980<br>Wilmington, DE 19801<br>Telephone: (302) 295-5310<br>Fax: (302) 654-7530<br>Email: SDR@rigrodskylong.com<br>Email: BDL@rigrodskylong.com<br><br>[Proposed] Liaison Counsel for Plaintiffs and Class | **THE ROSEN LAW FIRM, P.A.**<br>Laurence M. Rosen<br>Phillip Kim<br>350 Fifth Avenue, Suite 5508<br>New York, NY 10118<br>Telephone: (212) 686-1060<br>Fax: (212) 202-3827<br>Email: lrosen@rosenlegal.com<br>Email: pkim@rosenlegal.com<br><br>[Proposed] Lead Counsel for Plaintiffs and Class |

October 25, 2010.

Proposed lead plaintiff Robert Skeway ("Movant"), by his counsel, pursuant to Section 21 D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), hereby moves this Court, the Honorable Sue L. Robinson, United States District Judge, for an order:

(a) appointing Movant as Lead Plaintiff; and

(b) approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Rigrodsky & Long P.A. as Liaison Counsel for the litigation.

In support of this Motion, Movant submits: (1) the Declaration of Brian D. Long (with exhibits); (2) a Memorandum of Law in support thereof; and (3) a [Proposed] Order.

Dated: October 25, 2010

Respectfully submitted,

**RIGRODSKY & LONG, P.A**

/s/ Brian D. Long
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Telephone: (302) 295-5310
Fax: (302) 654-7530
Email: SDR@rigrodskylong.com
Email: BDL@rigrodskylong.com

*[Proposed] Liaison Counsel for Plaintiffs and Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Phillip Kim
350 Fifth Avenue, Suite 5508
New York, NY 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiffs and Class*