**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAXWELL VANDEVELDE, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>CHINA NATURAL GAS, INC., QINAN JI, ZHIQIANG WANG, DONALD YANG, DAVID SHE, CARL YEUNG and LAWRENCE LEIGHTON,<br><br>   Defendants. | C.A. No. 1:10-CV-728-SLR<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER APPOINTING ROBERT SKEWAY AS LEAD PLAINTIFF,**
**THE ROSEN LAW FIRM, P.A. AS LEAD COUNSEL,**
**AND RIGRODSKY & LONG, P.A. AS LIAISON COUNSEL**

WHEREAS, the above-captioned securities class action has been filed against China Natural Gas, Inc., et al. (collectively "Defendants"), alleging violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), timely notice of the action was issued to potential class members advising them of their right to move to serve as lead plaintiff;

WHEREAS, on Robert Skeway ("Skeway"), moved the Court to: (1) appoint himself as lead plaintiff; and (2) approve his selection of the Rosen Law Firm, P.A. as lead counsel and Rigrodsky & Long, P.A. as liaison counsel;

WHEREAS, the PSLRA provides, *inter alia,* that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a

motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfied the requirement of Fed. R. Civ. P. 23;

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(B) provides, *inter alia*, that as soon as practicable after the decision on consolidation is rendered, the Court shall appoint the most adequate plaintiff as lead plaintiff for the consolidated actions;

WHEREAS, the Court finding that Skeway has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); and

**IT IS HEREBY ORDERED THAT:**

1.Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-(a)(3)(B), Skeway is appointed as Lead Plaintiff for the class as he has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2.Skeway's choice of counsel is approved, and accordingly, The Rosen Law Firm, P.A. is appointed Lead Counsel and Rigrodsky & Long, P.A. is appointed Liaison Counsel.

3.Lead Counsel shall manage the prosecution of this litigation. Lead Counsel are to avoid duplicative or unproductive activities and are hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) prepare the case for trial; and (5) to engage in settlement negotiations on behalf of the Lead Plaintiff and Class.

Dated: _____, ___ 2010SO ORDERED:

_____
HON. SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE