**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAXWELL VANDEVELDE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHINA NATURAL GAS, INC., QINAN JI, ZHIQIANG WANG, DONALD YANG, DAVID SHE, CARL YEUNG and LAWRENCE LEIGHTON,<br><br>Defendants. | C.A. No. 1:10-CV-728-SLR<br><br>CLASS ACTION |

**DECLARATION OF BRIAN D. LONG IN SUPPORT OF**
**MOTION OF ROBERT SKEWAY TO APPOINT LEAD PLAINTIFF AND**
**APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Brian D. Long hereby declares under penalty of perjury:

1. I am a shareholder in the law firm of Rigrodsky & Long, P.A., [Proposed] Liaison Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of Delaware and before this Court. I make this Declaration in support of the Motion of Robert Skeway to be appointed Lead Plaintiff, and for approval of the Rosen Law Firm, P.A. to serve as Lead Counsel and Rigrodsky & Long, P.A. as Liaison Counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the early notices disseminated on a national financial wire services by law firms announcing the pendency of this case.

3. Attached hereto as Exhibit 2 is a true and correct copy of Mr. Skeway's PSLRA certifications.

2

4. Attached hereto as Exhibit 3 is a true and correct copy of a loss chart evidencing the losses of Mr. Skeway in China Natural Gas, Inc. shares during the Class Period.

5. Attached hereto as Exhibit 4 is a copy of the firm resume of the Rosen Law Firm, P.A.

6. Attached hereto as Exhibit 5 is a copy of the firm resume of Rigrodsky & Long, P.A.

Signed under penalty of perjury this 25th day of October 2010.

/s/Brian D. Long
Brian D. Long (#4347)
bdl@rigrodskylong.com
**RIGRODSKY & LONG, P.A.**
919 N. Market Street, Suite 980
Wilmington, DE  19801
Tel.: (302) 295-5310
Fax: (302) 654-7530