# EXHIBIT 1

Case 1:10-cv-00728-SLR   Document 10-1   Filed 10/25/10   Page 1 of 3

PRESS RELEASE

**Sept. 2, 2010, 8:09 p.m. EDT**

## The Law Office of Robbins Umeda LLP Announces the Filing of a Class Action Suit Against China Natural Gas, Inc.



SAN DIEGO, Sep 02, 2010 (BUSINESS WIRE) -- Robbins Umeda LLP today announced that a class action has commenced in the United States District Court for the District of Delaware (the "Court") on behalf of purchasers of China Natural Gas, Inc. ("China Natural Gas" or the "Company") (CHNG **6.03**, -0.04, -0.66%) common stock during the period between March 10, 2010 and August 19, 2010.

China Natural Gas engages in the distribution and sale of natural gas and compressed natural gas for vehicular fuel to commercial, industrial, and residential customers in the People's Republic of China. China Natural Gas was incorporated in 1999 and is headquartered in Xian, the People's Republic of China.

The complaint alleges that China Natural Gas' directors and officers issued materially false and misleading statements and failed to disclose adverse facts known to them regarding the Company's business and financial results. Additionally, the complaint charges China Natural Gas and certain of its officers and directors with violations of the Securities Exchange Act of 1934.

According to the complaint, China Natural Gas did not disclose and did not properly account for a bank loan of $17.6 million with Pudong Development Bank Xi'an Branch ("Bank Loan") in its annual report for the year ending December 31, 2009 on Form 10-K ("2009 Form 10-K") or the Quarterly Report on Form 10-Q for the quarter ended March 31, 2010 ("March 2010 Form 10-Q"). The complaint further alleges that the defendants failed to disclose that the Bank Loan violated an indenture for Senior Notes and Warrants of the Company, placing China Natural Gas in default under the indenture.

Then, on August 13, 2010, after the close of the market, the Company filed its Quarterly Report on Form 10-Q for the quarter ended June 30, 2010. In this report, the Company disclosed that management had identified various deficiencies in China Natural Gas' internal controls over financial reporting and disclosure controls. Subsequently, on August 20, 2010, the Company filed various amendments/restatements to both 2009 Form 10-K and March 2010 Form 10-Q. The closing price for China Natural Gas shares declined markedly on elevated volume from a closing price of $6.64 on August 13, 2010, to a closing price on August 24, 2010 of $5.29 per share, representing a 20% decline from the closing price on August 13.

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from August 26, 2010. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact Gregory E. Del Gaizo, Esq. of Robbins Umeda LLP, at 800-350-6003 or by e-mail at info@robbinsumeda.com.

Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Robbins Umeda LLP is a California-based law firm, which has significant experience representing investors in securities fraud class actions, merger-related shareholder class actions, and shareholder derivative actions. For more information about the firm, please go to http://www.robbinsumeda.com.

Advertisement

SOURCE: Robbins Umeda LLP

```
Robbins Umeda LLP
Gregory E. Del Gaizo, Esq., 800-350-6003
info@robbinsumeda.com
```

Copyright Business Wire 2010

PRESS RELEASE

**Sept. 2, 2010, 4:01 p.m. EDT**

## Shapiro Haber & Urmy LLP Files Class Action Lawsuit Against China Natural Gas, Inc.



BOSTON, Sep 02, 2010 (BUSINESS WIRE) -- Shapiro Haber & Urmy LLP has filed a class action alleging securities fraud in the United States District Court for the District of Delaware against China Natural Gas, Inc. (CHNG **6.06**, -0.01, -0.17%) , and certain of its officers and directors. The case was filed on behalf of all purchasers of the common stock of China Natural Gas during the period from March 10, 2010 through August 19, 2010 (the "Class Period"). The case is entitled Vandevelde v. China Natural Gas, Inc., C.A. No. 1:10-cv-00728-SLR.

If you purchased China Natural Gas common stock during the Class Period, and you suffered damages, you may move the court to appoint you as lead plaintiff no later than 60 days from today.

The Complaint alleges that the defendants violated the Securities Exchange Act of 1934 by issuing false and misleading public statements in its Annual Report for the year ended December 31, 2009 and its Quarterly Report for the quarter ended March 31, 2010, specifically that the defendants failed to disclose and properly account for a $17.7 million loan it had entered on February 26, 2010 ("the Bank Loan"). The Complaint further alleges that the defendants failed to disclose that the Bank Loan violated an Indenture for senior notes and warrants of the Company, placing China Natural Gas in default under the Indenture. As a result of the Bank Loan and the resulting default under the Indenture, China Natural Gas was required to reclassify approximately $45 million in long term liabilities to short term liabilities, increasing the company's short term liabilities as originally reported by over 700% and increasing the company's short term liabilities as originally reported by over 600%.

On August 13, 2010, after the close of the market, China Natural Gas disclosed that the company would be amending its annual and quarterly reports because of its failure to disclose the Bank Loan and the resulting need to reclassify certain long term liabilities to short term liabilities. On August 19, 2010, China Natural Gas filed a Form 8-K in which it disclosed that its prior financial statements should not be relied upon. The Complaint alleges that Plaintiff and other Class members were damaged because they purchased stock at artificially inflated prices during the Class Period as a result of the defendants' fraudulent conduct.

The factual and legal bases for the Plaintiffs' claims are set forth in greater detail in the Complaint. A copy of the Complaint can be obtained from the office of the Clerk of the United States District Court for the District of Delaware, 844 N. King Street, Unit 18, Wilmington, DE 19801, (302) 573-6170. A copy of the Complaint can also be obtained, without any obligation, from counsel for the plaintiff, Shapiro Haber & Urmy LLP, 53 State Street, Boston, MA 02109, (800) 287-8119 or (617) 439-3939, cases@shulaw.com. More information about the law firm of Shapiro Haber & Urmy LLP and its qualifications is available on the firm's website at www.shulaw.com.

SOURCE: Shapiro Haber & Urmy LLP

```
Shapiro Haber & Urmy LLP
Katelyn Saner, 617-439-3939 or 800-287-8119
```

Copyright Business Wire 2010