# EXHIBIT 2

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against China Natural Gas, Inc. ("CHNG") and its officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.    I have reviewed the complaint against certain of its officers of CHNG and authorized the filing thereof by the Rosen Law Firm, P.A., whom I retain as counsel in this action for all purposes.

2.    I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.    I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.    The following is a list of all of the purchases and sales I have made in CHNG securities during the Class Period set forth in the complaint. I have made no transactions during the class period in the debt or equity securities that are the subject of this lawsuit except those set forth below.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

*See attache*

REDACTED                     Bob ~~and Lisa~~ Skeway

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM: (212) 202-3827

5.     I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.     I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __27__ day of __Sept__, 2010.


REDACTED

Signature: _____
Name:
Address:
Tel:
Email:

Bob and Lisa Skeway          Robert

Item. 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827          2
OR MAIL TO:
THE ROSEN LAW FIRM PA
350 FIFTH AVENUE, SUITE 5508
NEW YORK, NY   10118

| Date | Shares Bought | Shares Sold | $ Sold For | Buy Cost | Cost/Share |
|---|---|---|---|---|---|
| **Total** | **8000** | **8000** | **41,199.30** | **$79,469.85** | |
| 3/17/10 | 1000 | | | $10,570.00 | $10.57 |
| 3/19/10 | 500 | | | $5,130.00 | $10.26 |
| 3/24/10 | 1180 | | | $11,393.80 | $9.66 |
| 3/24/10 | 1000 | | | $9,980.00 | $9.98 |
| 3/24/10 | 685 | | | $6,829.45 | $9.97 |
| 3/24/10 | 100 | | | $997.90 | $9.98 |
| 4/1/10 | 2000 | | | $19,440.00 | $9.72 |
| 4/5/10 | 500 | | | $4,965.00 | $9.93 |
| 4/6/10 | 1035 | | | $10,163.70 | $9.82 |
| 8/20/10 | | 7800 | 40,169.32 | | $5.15 |
| 8/20/10 | | 200 | 1,029.98 | | $5.15 |

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against China Natural Gas, Inc. ("CHNG") and its officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint against certain of its officers of CHNG and authorized the filing thereof by the Rosen Law Firm, P.A., whom I retain as counsel in this action for all purposes.

2.      I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales I have made in CHNG securities during the Class Period set forth in the complaint. I have made no transactions during the class period in the debt or equity securities that are the subject of this lawsuit except those set forth below.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

*See ATTbch*

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM: (212) 202-3827

5.      I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___27__ day of
_____So____, 2010.

REDACTED

Signature: _Lisa a Skeway_____
Name:
Address:
Tel:            Bob and Lisa Skeway
Email:

Item. 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

*See Attached*

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL TO:
THE ROSEN LAW FIRM PA
350 FIFTH AVENUE, SUITE 5508
NEW YORK, NY   10118

2

| Date | Shares Bought | Shares Sold | $ Buy For | $ Sell Amount | Cost/Share |
|---|---|---|---|---|---|
| **Totals** | **24000** | **24000** | **$239,815.20** | **$122,537.24** | |
| 3/17/10 | 2000 | | $21,100.00 | | $10.55 |
| 3/19/10 | 3500 | | $35,910.00 | | $10.26 |
| 3/22/10 | 2500 | | $25,025.00 | | $10.01 |
| 3/24/10 | 1200 | | $11,976.00 | | $9.98 |
| 3/24/10 | 1180 | | $11,693.80 | | $9.91 |
| 4/5/10 | 5620 | | $55,750.40 | | $9.92 |
| 4/6/10 | 3000 | | $29,580.00 | | $9.86 |
| 4/6/10 | 2000 | | $19,650.00 | | $9.83 |
| 4/9/10 | 3000 | | $29,130.00 | | $9.71 |
| 9/2/10 | | 100 | | $504.99 | $5.05 |
| 9/2/10 | | 270 | | $1,363.47 | $5.05 |
| 9/2/10 | | 300 | | $1,514.97 | $5.05 |
| 9/2/10 | | 600 | | $3,023.94 | $5.04 |
| 9/2/10 | | 1300 | | $6,552.01 | $5.04 |
| 9/2/10 | | 2230 | | $11,196.64 | $5.02 |
| 9/2/10 | | 2700 | | $13,499.77 | $5.00 |
| 9/2/10 | | 4700 | | $23,593.60 | $5.02 |
| 9/2/10 | | 4800 | | $24,244.39 | $5.05 |
| 9/17/10 | | 2000 | | $11,299.85 | $5.65 |
| 9/20/10 | | 200 | | $1,024.03 | $5.12 |
| 9/20/10 | | 4800 | | $24,719.58 | $5.15 |

REDACTED



Bob and Lisa Skeway

Bob ~~and Lisa~~ Skeway

DEPARTMENT OF HEALTH & FAMILY SERVICES
DIVISION OF PUBLIC HEALTH
DPH 0036 (Rev. 6/00)

STATE OF WISCONSIN
s. 243.10(1), WISCONSIN STATUTES
EFFECTIVE DATE JUNE 2, 2000
608 266-8475

## WISCONSIN BASIC POWER OF ATTORNEY FOR FINANCES AND PROPERTY

NOTICE: THIS IS AN IMPORTANT DOCUMENT. BEFORE SIGNING THIS DOCUMENT, YOU SHOULD KNOW THESE IMPORTANT FACTS. BY SIGNING THIS DOCUMENT, YOU ARE NOT GIVING UP ANY POWERS OR RIGHTS TO CONTROL YOUR FINANCES AND PROPERTY YOURSELF. IN ADDITION TO YOUR OWN POWERS AND RIGHTS, YOU ARE GIVING ANOTHER PERSON, YOUR AGENT, BROAD POWERS TO HANDLE YOUR FINANCES AND PROPERTY. THIS BASIC POWER OF ATTORNEY FOR FINANCES AND PROPERTY MAY GIVE THE PERSON WHOM YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR FINANCES AND PROPERTY, WHICH MAY INCLUDE POWERS TO ENCUMBER, SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU. THE POWERS WILL EXIST AFTER YOU BECOME DISABLED, OR INCAPACITATED, IF YOU CHOOSE THAT PROVISION. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS FOR YOU. IF YOU OWN COMPLEX OR SPECIAL ASSETS SUCH AS A BUSINESS, OR IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER TO EXPLAIN THIS FORM TO YOU BEFORE YOU SIGN IT.

IF YOU WISH TO CHANGE YOUR BASIC POWER OF ATTORNEY FOR FINANCES AND PROPERTY, YOU MUST COMPLETE A NEW DOCUMENT AND REVOKE THIS ONE. YOU MAY REVOKE THIS DOCUMENT AT ANY TIME BY DESTROYING IT, BY DIRECTING ANOTHER PERSON TO DESTROY IT IN YOUR PRESENCE OR BY SIGNING A WRITTEN AND DATED STATEMENT EXPRESSING YOUR INTENT TO REVOKE THIS DOCUMENT. IF YOU REVOKE THIS DOCUMENT, YOU SHOULD NOTIFY YOUR AGENT AND ANY OTHER PERSON TO WHOM YOU HAVE GIVEN A COPY OF THE FORM. YOU ALSO SHOULD NOTIFY ALL PARTIES HAVING CUSTODY OF YOUR ASSETS. THESE PARTIES HAVE NO RESPONSIBILITY TO YOU UNLESS YOU ACTUALLY NOTIFY THEM OF THE REVOCATION. IF YOUR AGENT IS YOUR SPOUSE AND YOUR MARRIAGE IS ANNULLED, OR YOU ARE DIVORCED AFTER SIGNING THIS DOCUMENT, THIS DOCUMENT IS INVALID.

SINCE SOME 3RD PARTIES OR SOME TRANSACTIONS MAY NOT PERMIT USE OF THIS DOCUMENT, IT IS ADVISABLE TO CHECK IN ADVANCE, IF POSSIBLE, FOR ANY SPECIAL REQUIREMENTS THAT MAY BE IMPOSED.

YOU SHOULD SIGN THIS FORM ONLY IF THE AGENT YOU NAME IS RELIABLE, TRUSTWORTHY AND COMPETENT TO MANAGE YOUR AFFAIRS.

I _Lisa A Skevay,_ _____

(insert your name and address) appoint _Robert N Ske__

(insert the name and address of the person appointed) as my agent to act for me in any lawful way with respect to the powers initialed below.

If the person appointed is unable or unwilling to act as my agent, I appoint _____

_____ (insert name and address of alternate person appointed) to act for me in any lawful way with respect to the powers initialed below.

TO GRANT ONE OR MORE OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF EACH POWER YOU ARE GRANTING.

TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF IT. YOU MAY, BUT NEED NOT, CROSS OUT EACH POWER WITHHELD.

REDACTED

DPH 0036 (06/00) Page 2 of 4



*Initials*                              **HANDLING MY MONEY AND PROPERTY**

1. *PAYMENT OF BILLS*: My agent may make payments that are necessary or appropriate in connection with the administration of my affairs.

2. *BANKING*: My agent may conduct business with financial institutions, including endorsing all checks and drafts made payable to my order and collecting the proceeds; signing in my name checks or orders on all accounts in my name or for my benefit; withdrawing funds from accounts in my name; opening accounts in my name; and entering into and removing articles from my safe deposit box.

3. *INSURANCE*: My agent may obtain insurance of all types, as considered necessary or appropriate, settle and adjust insurance claims and borrow from insurers and 3rd parties using insurance policies as collateral.

4. *ACCOUNTS*: My agent may ask for, collect and receive money, dividends, interest, legacies and property due or that may become due and owing to me and give receipt for those payments.

5. *REAL ESTATE*: My agent may manage real property; sell, convey and mortgage realty for prices and on terms as considered advisable; foreclose mortgages and take title to property in my name; and execute deeds, mortgages, releases, satisfactions and other instruments relating to realty.

6. *BORROWING*: My agent may borrow money and encumber my assets for loans as considered necessary.

7. *SECURITIES*: My agent may buy, sell, pledge and exchange securities of all kinds in my name; sign and deliver in my name transfers and assignments of securities; and consent in my name to reorganizations, mergers or exchange of securities for new securities.

8. *INCOME TAXES*: My agent may make and sign tax returns; represent me in all income tax matters before any federal, state, or local tax collecting agency; and receive confidential information and perform any acts that I may perform, including receiving refund checks and the signing of returns.

9. *TRUSTS*: My agent may transfer at any time any of my property to a living trust that has been established by me before the execution of this document.

*Initials*                              **PROFESSIONAL AND TECHNICAL ASSISTANCE**

10. *LEGAL ACTIONS*: My agent may retain attorneys on my behalf; appear for me in all actions and proceedings to which I may be a party; commence actions and proceedings in my name; and sign in my name all documents or pleadings of every description.

11. *PROFESSIONAL ASSISTANCE*: My agent may hire accountants, attorneys, clerks, workers and others for the management, preservation and protection of my property and estate.

*Initials*                              **GENERAL AUTHORITY**

12. *GENERAL*: My agent may do any act or thing that I could do in my own proper person if personally present, including managing or selling tangible assets, disclaiming a probate or nonprobate inheritance and providing support for a minor child or dependent adult. The specifically enumerated powers of the basic power of attorney for finances and property are not a limitation of this intended broad general power except that my agent may not take any action prohibited by law and my agent under this document may not:

    a. Make medical or health care decisions for me.
    b. Make, modify or revoke a will for me.
    c. Other than a burial trust agreement under section 445.125, Wisconsin Statutes, enter into a trust agreement on my behalf or amend or revoke a trust agreement, entered into by me.
    d. Change any beneficiary designation of any life insurance policy, qualified retirement plan, individual retirement account or payable on death account of the like whether directly or by canceling and replacing the policy or rollover to another plan or account.
    e. Forgive debts owed to me or disclaim or waive benefits payable to me, except a probate or nonprobate inheritance.
    f. Appoint a substitute or successor agent for me.
    g. Make gifts.

REDACTED

DPH 0036 (06/00) Page 3 of 4

*Initials*

## COMPENSATION TO AGENT FROM PRINCIPAL'S FUNDS

_____

13. *COMPENSATION*:  My agent may receive compensation only in an amount not greater than that usual for the services to be performed if expressly authorized in the special instructions portion of this document.

*Initials*

## ACCOUNTING

_____

14. *ACCOUNTING*:  My agent shall render an accounting (monthly) (quarterly) (annually)  (CIRCLE ONE)

to me or to _____ (insert name and address) during my lifetime and a final accounting to the personal representative of my estate, if any is appointed, after my death.

*Initials*

## NOMINATION OF GUARDIAN

_____

15. *GUARDIAN*:  If necessary, I nominate _____ (name) of

_____ (address) as guardian of

my person and I nominate _____ (name) of

_____ (address) as guardian of my estate.

*Initials*

## SPECIAL INSTRUCTIONS

_____

16. *SPECIAL INSTRUCTIONS*:
ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS REGARDING THE POWERS GRANTED TO YOUR AGENT.

_____

_____

_____

_____

_____

_____

_____

TO ESTABLISH WHEN, AND FOR HOW LONG, THE BASIC POWER OF ATTORNEY FOR FINANCES AND PROPERTY IS IN EFFECT, YOU MUST INITIAL ONLY ONE OF THE FOLLOWING 3 OPTIONS.  IF YOU DO NOT INITIAL ONE, OR IF YOU INITIAL MORE THAN ONE, THIS BASIC POWER OF ATTORNEY FOR FINANCES AND PROPERTY WILL NOT TAKE EFFECT.

*Initials*

This basic power of attorney for finances and property becomes effective when I sign it and will continue in effect as a durable power of attorney under section 243.07, Wisconsin Statutes, if I become disabled or incapacitated.

_____

This basic power of attorney for finances and property becomes effective only when both of the following apply:
  a)  I have signed it; and
  b)  I become disabled or incapacitated.

_____

This basic power of attorney for finances and property becomes effective when I sign it BUT WILL CEASE TO BE EFFECTIVE IF I BECOME DISABLED OR INCAPACITATED.

REDACTED

DPH 0036 (06/00) Page 4 of 4

I agree that any 3rd party who receives a copy of this document may act under it. Revocation of this basic power of attorney is not effective as to a 3rd party until the 3rd party learns of the revocation. I agree to reimburse the 3rd party for any loss resulting from claims that arise against the 3rd party because of reliance on this basic power of attorney.

Signed this _____ 11th _____ day of _February_ (year) 2005

_Lisa A. Skeway_ _____ (Your Signature)

▇▇▇▇▇▇▇ _____ (Your Social Security Number)

By signing as a witness, I am acknowledging this signature of the principal who signed in my presence and the presence of the other witness, and the fact that he or she has stated that this power or attorney reflects his or her wishes and is being executed voluntarily. I believe him or her to be of sound mind and capable of creating this power of attorney. I am not related to him or her by blood, marriage or adoption and, to the best of my knowledge, I am not entitled to any portion of his or her estate under his or her will.

**Witness**

Dated: _____ 2-11-05

Signature: _Patricia Alanis_

Print Name: _Patricia Paris_

Address: ▇▇▇▇▇▇▇▇▇▇▇

**Witness**

Dated: _____ 2/11/05

Signature: _Courtney Fa___

Print Name: _COURTNEY FALEN_

Address: ▇▇▇▇▇▇▇▇▇▇▇

State of: _WISCONSIN_

County of: ▇▇▇▇

This document was acknowledged before me on _____ 2.11.05 _____ (date) by

_LISA A. SKEWAY_ _____ (name of principal).

_Kay Dhaniu_ _____ (Signature of Notarial Officer)

(Seal, if any)

REDACTED

_Asst. Br. Sup._ _____ (Title)

[My commission is permanent or expires: _____ 8.17.08 _____ ]

BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, THE AGENT ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES AND LIABILITIES OF AN AGENT.

_____ (Name of Agent)

_____ (Signature of Agent)

This document was drafted by _____ (Signature of person preparing the document).