# EXHIBIT 3

| | | | | LOSS CHART | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE BOUGHT | # SHARES | $ PER SHARE | COST | DATE SOLD | # SHARES SOLD | $ PER SHARE | PROCEEDS | # SHARES RETAINED | Lookback $ Value RETAINED SHARES | APPROXIMATE LOSS |
| Bob Skeway | 3/17/2010 | 1,000 | ($10.57) | ($10,570.00) | 8/20/2010 | 7,800 | $5.15 | $40,170.00 | | | |
| | 3/19/2010 | 500 | ($10.26) | ($5,130.00) | 8/20/2010 | 200 | $5.15 | $1,030.00 | | | |
| | 3/24/2010 | 1,180 | ($9.66) | ($11,398.80) | | | | | | | |
| | 3/24/2010 | 1,000 | ($9.98) | ($9,980.00) | | | | | | | |
| | 3/24/2010 | 685 | ($9.97) | ($6,829.45) | | | | | | | |
| | 3/24/2010 | 100 | ($9.98) | ($998.00) | | | | | | | |
| | 4/1/2010 | 2,000 | ($9.72) | ($19,440.00) | | | | | | | |
| | 4/5/2010 | 500 | ($9.93) | ($4,965.00) | | | | | | | |
| | 4/6/2010 | 1,035 | ($9.82) | ($10,163.70) | | | | | | | |
| | TOTAL | 8,000 | | ($79,474.95) | | 8,000 | | $41,200.00 | | | ($38,274.95) |
| Bob Skeway as Attorney-in-Fact, Lisa Skeeway | 3/17/2010 | 2,000 | ($10.55) | ($21,100.00) | 9/2/2010 | 100 | $5.05 | $505.00 | | | |
| | 3/19/2010 | 3,500 | ($10.26) | ($35,910.00) | 9/2/2010 | 270 | $5.05 | $1,363.50 | | | |
| | 3/22/2010 | 2,500 | ($10.01) | ($25,025.00) | 9/2/2010 | 300 | $5.05 | $1,515.00 | | | |
| | 3/24/2010 | 1,200 | ($9.98) | ($11,976.00) | 9/2/2010 | 600 | $5.14 | $3,084.00 | | | |
| | 3/24/2010 | 1,180 | ($9.91) | ($11,693.80) | 9/2/2010 | 1,300 | $5.04 | $6,552.00 | | | |
| | 4/5/2010 | 5,620 | ($9.92) | ($55,750.40) | 9/2/2010 | 2,230 | $5.02 | $11,194.60 | | | |
| | 4/6/2010 | 3,000 | ($9.86) | ($29,580.00) | 9/2/2010 | 2,700 | $5.00 | $13,500.00 | | | |
| | 4/6/2010 | 2,000 | ($9.83) | ($19,660.00) | 9/2/2010 | 4,700 | $5.02 | $23,594.00 | | | |
| | 4/9/2010 | 3,000 | ($9.71) | ($29,130.00) | 9/2/2010 | 4,800 | $5.05 | $24,240.00 | | | |
| | | | | | 9/17/2010 | 2,000 | $5.65 | $11,300.00 | | | |
| | | | | | 9/20/2010 | 200 | $5.12 | $1,024.00 | | | |
| | | | | | 9/20/2010 | 4,800 | $5.15 | $24,720.00 | | | |
| | TOTAL | 24,000 | | ($239,825.20) | | 24,000 | | $122,592.10 | | | ($117,233.10) |
| | Grand Total | 32,000 | | ($319,300.15) | | 32,000 | | $163,792.10 | | | ($155,508.05) |