UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MAXWELL VANDEVELDE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CHINA NATURAL GAS, INC., QINAN JI, ZHIQIANG WANG, DONALD YANG, DAVID SHE, CARL YEUNG, and LAWRENCE LEIGHTON,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:10-cv-00728-SLR |

**DECLARATION OF SEAN M. BRENNECKE IN SUPPORT OF OPPOSITION TO MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

BOUCHARD MARGULES &
 FRIEDLANDER, P.A.
Joel Friedlander (Bar No. 3163)
Sean M. Brennecke (Bar No. 4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3502
Facsimile: (302) 573-3501
jfriedlander@bmf-law.com
sbrennecke@bmf-law.com

*[Proposed] Liaison Counsel*

Dated:  November 8, 2010

I, Sean M. Brennecke, declare as follows:

I am a member of the bar of the State of Delaware and associated with the law firm of Bouchard Margules & Friedlander, P.A., counsel for class member Richard Crippa, and proposed liaison counsel for proposed lead plaintiff and the class. I make this declaration in support of the Opposition to Motion for Appointment as Lead Plaintiff. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit A: | Excerpt from the Yahoo! Finance Message Boards, China Natural Gas, Inc. (May 22, 2010, July 13, 2010, and August, 17-20, 2010), http://messages.finance.yahoo.com/Business_%26_Finance/Investments (last visited November 2, 2010). |
| Exhibit B: | Excerpt from the Yahoo! Finance Message Boards, China Natural Gas, Inc., last message dated July 2, 2010, http://messages.finance.yahoo.com/Business_%26_Finance/Investments (last visited November 2, 2010). |
| Exhibit C: | Excerpt from the Yahoo! Finance Message Boards, China Natural Gas, Inc., last message dated August 10, 2010, http://messages.finance.yahoo.com/Business_%26_Finance/Investments (last visited November 2, 2010). |
| Exhibit D: | Excerpt from the Yahoo! Finance Message Boards, China Natural Gas, Inc., last message dated August 20, 2010, http://messages.finance.yahoo.com/Business_%26_Finance/Investments (last visited November 2, 2010). |
| Exhibit E: | Excerpt from the Yahoo! Finance Message Boards, China Natural Gas, Inc., last message dated August 18, 2010, http://messages.finance.yahoo.com/Business_%26_Finance/Investments (last visited November 3, 2010). |
| Exhibit F: | Excerpt from the Yahoo! Finance Message Boards, China Natural Gas, Inc., last message dated August 19, 2010, http://messages.finance.yahoo.com/Business_%26_Finance/Investments (last visited November 2, 2010). |

| | |
|---|---|
| Exhibit G: | <u>Excerpt from the</u> Yahoo! Finance Message Boards, China Natural Gas, Inc., last message dated August 20, 2010, http://messages.finance.yahoo.com/Business_%26_Finance/Investments (last visited November 2, 2010). |

I declare under penalty of perjury, on this 8th day of November, 2010, under the laws of the United States of America that the foregoing is true and correct.

/s/ Sean M. Brennecke
Sean M. Brennecke (#4686)
BOUCHARD MARGULES &
  FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
Telephone: (302) 573-3500
Facsimile:  (302) 573-3501
jfriedlander@bmf-law.com
sbrennecke@bmf-law.com

542621

{BMF-W0220263.2}