# Exhibit A

**New User?** Register | **Sign In** | Help          Preview Mail w/ Toolbar          Yahoo!          Mail

# YAHOO! FINANCE

Search          **Web Search**

Not Found

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## China Natural Gas, Inc. - Quote Info

Message Boards Settings

Search :  [                    ] in [ China Natural Gas, Inc. board ]  Search          ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > China Natural Gas, Inc.

**View all Topics** | **View all Messages** | < Newer Topic | Older Topic >          Get Message Board for: [        ] GO

ADVERTISEMENT

View: Simple | Summary | Expanded
As: Threaded | Msg List          Page 1 of about 1   First | < Prev | Next > | Last

Messages in Topic          Minimum rating: [ 2 stars + unrated ] What's this?



Lower Prices of NG to CHNG & other things          22-May-10 10:34 am

NG Price to CHNG: I had a phone discussion with Red Chip concerning CHNG. I was surprised to find out that the primary reason CHNG decided to sell NG to homes was it allowed them to buy NG at lower the price of all NG purchases.

Other Items:
1. LNG Plant: He thought they would have a hard time meeting the construction and testing of the LNG plant according their announced time schedule. He expected a month or two delay.

2. LNG River Boat Future Business: He was very optimistic of the River Boat sales going forward and the conversion of the large River Boats to LNG. He said the Chinese Government was placing a high priority on this effort. It would be moving River Boat conversion forward as a high priority project as soon as the model is working and meeting standards. He believed they were on the right tract with this unique project.

3. New NG and LNG stations: Was optimistic that the effect of the new stations coming on line would add to the bottom line in a significant way going into 2011.

4. Big Turn Around: 2011 sales/profits would include most of these new projects, added stations, and new announcements. The CHNG share price could would be much higher at the end of 2011. He provided me his estimate.

5. Current Loan issues would be past history.

Bob

rskeway

67/Male
Wisconsin

View Messages

Ignore User

Report Abuse



ORCHARD BANK CREDIT CARD VISA   Start Now

## China Natural Gas, Inc. (CHNG)



At 2:14PM EDT: **6.89** ▲ 0.16 (2.38%)

Enter Symbol(s): [        ] Get Quote
e.g. YHOO, ^DJI

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Clean Coal Technology - Advancing coal methods to produce electricity with near-zero emission

Ex. A- 1

AmericasPower.org

Mortgage Rates Hit 2.67%! - If you owe less than $729k you probably qualify for govt Refi Programs
www.SeeRefinanceRates.com

Over 50? - AARP® - The Hartford. Save $384* On Auto Insurance In Minutes-Free Quotes
AARP.TheHartford.com

Trader Makes $87 Million - California Option Trader Makes $87 Million in a Single Year! See How
www.TheInvestorCity.com

Sentiment : Strong Buy

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

## Re: Lower Prices of NG to CHNG & other things

22-May-10 10:42 am

More Details on NG pricing:

Supplying homes and business allows CHNG to purchase NG at lower prices for everything including the retail sales of NG for transportation (cars)

There is a multi level purchasing price depending on how you are classified.

Selling to homes allows the company to buy NG much cheaper then if they only sold NG at automotive NG stations. They buy all their NG at the cheaper rate for all sales.

**rskeway**

67/Male
Wisconsin

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

## Re: Lower Prices of NG to CHNG & other things

22-May-10 04:28 pm

Sounds good but proof is need

**rbtsherman**

63/Male

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

## Re: Lower Prices of NG to CHNG & other things

22-May-10 11:42 am

Get your history correct-

The residential service was privatized to Xilan, Sanmenxia, and Yuxi before there were any fueling stations. Ji was pitching CNG stations as a potential business for Sunway and got control of the residential business seperately from Sunway. Ji dropped the CNG pitch for Sunway and formed CHNG to pursue the opportunity instead. (Avoiding the very unhappy Sunway shareholders???)

**waldo_mushm...**

62/Male
Texas

View Messages

Ex. A- 2

They may very well get pricing that is favorable but they did not acquire the NG system for that reason. They already had the NG system and the favorable price on the day they opened their first CNG station.

Xinao has exactly the same advantages, is far larger, but is unable to even come close to CHNG's results.

John

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

Ignore User
Report Abuse

Reply

---

Re: Lower Prices of NG to CHNG & other things

25-May-10 01:37 am

Waldo, Xinao Gas DOES make as much margin on CNG stations as CHNG does. The only reason their overall margin is not what CHNG is, is because Xinao has most of its revenue coming in from residential gas supply which is lower margin.

CHNG has most of its revenue coming in from CNG stations which is higher margin.

There you go Einstein.

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

smiley84799

Male
Flower
Moun...

View
Messages

Ignore User

Report
Abuse

Reply

---

Re: Lower Prices of NG to CHNG & other things

25-May-10 01:40 am

If anybody wants to see for themselves, I provided the link to their last annual report.

http://www.irasia.com/listco/hk/xinaogas...

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

smiley84799

Male
Flower
Moun...

View
Messages

Ignore User

Report
Abuse

Reply

---

Re: Lower Prices of NG to CHNG & other things

25-May-10 02:00 am

And since you are revisiting areas long ago covered....
What is the average annual volume per fueling station?
What does the segment analysis indicate was the gross margin from fueling?

waldo_mushm...

Ex. A- 3



John

62/Male
Texas

View
Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

Re: Lower Prices of NG to CHNG & other things

25-May-10 02:12 am

Waldo, it's time to go to bed, mammy call you.

clerment_fd

38/Male

View
Messages

Ignore User

Report
Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

Re: Lower Prices of NG to CHNG & other things

23-May-10 04:57 am

They expected another delay of the LNG plant? This can really crush the stock pushing it down until 5.5$. That's why my short term prevision of 5.50-8.50.CHNG will be the stock of 2011

zincarlinef...

View
Messages

Ignore User

Report
Abuse

Sentiment : Hold

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

Re: Lower Prices of NG to CHNG & other things

23-May-10 10:56 pm

Ex. A- 4

You heard another delay on LNG? However, I heard LNG plant will be completed on time. I have full on my position, and I believe it will move up as well.

mustard.jon...

View Messages

Ignore User

Report Abuse

Sentiment : Strong Buy

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

[Reply]

---

Re: Lower Prices of NG to CHNG & other things

23-May-10 11:16 pm

So you have full on your position?

Try getting the basic vocabulary under control before you attempt jargon. I think it's in your instruction book under "coherent." Your supposed to be Canadian for god's sake not some student in Xi'an.

Amazing that you can't get sand fleas to work over the weekend or maybe maybe at some time slot that isn't so obvious. You post under all 5 of your silly aliases in the Chinese morning but here in the US its late Sunday night and no-one is on these boards. Except you and some idiot (me) who has to communicate with people in China on their time schedule.

Since you are so well connected, was Trixy Bubbles humping Ji to get the loan? Or was it just simple graft? Is CHNG printing loan apps or do we have to submit our requests in plain brown envelopes.

John

waldo_mushm...

62/Male
Texas

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

[Reply]

---

Re: Lower Prices of NG to CHNG & other things

23-May-10 11:31 pm

As you said no one in US get in the boards at this time,why you speak out at this time? Are you in Texas? You may work for some funds which short sale CHNG and other Chinese Company's Stock?!

I'm in HK! OK? MAYBE your brain is too hot to look at the screen?! God bless you!

Poor John!

mustard.jon...

View Messages

Ignore User

Report Abuse

**Rating :**    **Rate it:**

Ex. A- 5

★★★★★ (No
ratings)    ☆☆☆☆☆

Reply

Re: Lower Prices of NG to CHNG & other things

23-May-10 11:56 pm

I don't know why you always attack this stock and the
people who support this company and this stock?!
Everyone can has their favorite, and not everyone's
english is good, as he isn't the native speaker. I do not
understand why you blamed this? Just because you
want to flaunt your english? I doubt your motivation.

mustard.jon...

View
Messages

Ignore User

Report
Abuse

**Rating :**
★★★★★ (No
ratings)

**Rate it:**
☆☆☆☆☆

Reply

Re: Lower Prices of NG to CHNG & other things

24-May-10 12:56 am

Why is it Mr Mustard that you have resisted
posting even one message on Yahoo until last week
and the only stock you have chosen to make any
comments on is CHNG?

And of course your newbie comments on the only
stock you chose to mention are not questions but
very positive recommendations to buy more shares.

Whatever doubt you have of my motivation, I am
absolutely certain of yours. And do you think that
any one really believes that 6 random posters, all
with exactly your bizarre phrasing, start a
meaningful dialogue in the middle of the night.
And all six are strong buys assuring us that large
funds unburdened await good fly pepper.

I am actually quite grateful for your charade. Many
people don't believe what I post but when they see
your clownish efforts to solicit support, they have
to get nervous.

Make sure you tell everyone that more need less
detail hearty since soup.

John

waldo_mushm...

62/Male
Texas

View
Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No
ratings)

**Rate it:**
☆☆☆☆☆

Reply

Re: Lower Prices of NG to CHNG & other things

24-May-10 03:08 am

Ex. A- 6

Are you talking to me? As everyone knows here I'm a shareholders of CHNG since 2006, I'm always been long and strong about this stock.
I'm not the one that wrote:
"1. LNG Plant: He thought they would have a hard time meeting the construction and testing of the LNG plant according their announced time schedule. He expected a month or two delay."
I live in Switzerland, that's why my english is not perfect and that's why I write here when most of you are sleeping.
I've been disappointed about last earnings, about the stock price and I don't think it will go up in the short time.

zincarlinef...

View Messages

Ignore User

Report Abuse

Sentiment : Hold

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

[Reply]

Re: Lower Prices of NG to CHNG & other things

24-May-10 07: 45 am

Red Chip position has been clear, they have not built any LNG sales for 2010 in their model any sales to be conservative side. They do not know 100% for sure whether CHNG will meet LNG time lines. It is their guess that that may be over optimistic by a month or two.

They did acknowledge that CHNG believes that the LNG will be on schedule. It was Red Chip's position to play it on the safe side.

rskeway

67/Male Wisconsin

View Messages

Ignore User

Report Abuse

Sentiment : Strong Buy

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

[Reply]

Re: Lower Prices of NG to CHNG & other things

24-May-10 08: 04 am

Last Note: Red Chip would not be surprised to see CHNG in the 30's in 2011, given execution of the projects already in process.

Good luck longs,

1. I think CHNG is a company in the right country, with the right product.

2.It has the the right partnerships, and government support for a product that is needed both for environment, health issues, plus a lower product cost then oil and gas.

3.Energy is treated as a national security issue in China.

4.CHNG is also expanding its geographic as well as product

rskeway



67/Male Wisconsin

View Messages

Ignore User

Report Abuse

Ex. A- 7



diversity in the NG and LNG vertical market in China.

Bottom Line: As usual, it will depend of execution, the world market, sovereign debt, and other variables that no one can control. The overall market will override any one stock.

Bob

Sentiment : Strong Buy

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

Re: Lower Prices of NG to CHNG & other things

25-May-10 04:29 am

You did a good research! I believe CHNG is a low-risk stock currently!

bsdgdcy

View Messages

Ignore User

Report Abuse

Sentiment : Buy

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

Reply

Re: Lower Prices of NG to CHNG & other things

25-May-10 04:40 am

Natural gas has many advantages such as cleaness, high effiiency, rich resources and convenient storage. China natural gas should have been running this business well to reflect its advantage.

sheffield_l...

33/Male Toronto, On...

View Messages

Ignore User

Report Abuse

Sentiment : Hold

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

Reply

Re: Lower Prices of NG to CHNG & other things

4-Jun-10 12:56 am

Ex. A- 8

Natural Gas should be a clean energy with high effciency, this industry would be prospective in next few decades and even in next century.

mustard.jon...

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

View: Simple | Summary | Expanded
As: Threaded | Msg List

Page 1 of about 1    First | < Prev | Next > | Last

< Newer Topic | Older Topic >

Copyright 2010 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

Ex. A- 9

New User? Register | **Sign In** | Help          Preview Mail w/ Toolbar          Yahoo!      Mail

**YAHOO!** FINANCE

| Search | | **Web Search** |

What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## China Natural Gas, Inc. - Quote Info

Message Boards Settings

Search :  [                    ]  in  [ China Natural Gas, Inc. board ]  [ Search ]        ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > China Natural Gas, Inc.

**View all Topics** | **View all Messages** | < Newer Topic | Older Topic >

Get Message Board for: [        ] [ GO ]

View: Simple | Summary | Expanded
As: Threaded | Msg List

ADVERTISEMENT

Page 1 of about 1   First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: [ 2 stars + unrated ] What's this?

---

Long CHNG and be rewarded big time!          13-Jul-10 12:05 pm

Can't go wrong going long on this puppy,will be huge within 1-2 years,patience for bigger returns!!

leonard4mvp

30/Male
God's C…

View Messages

Ignore User

Report Abuse

Sentiment : Strong Buy

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

[ Reply ]

---

Re: Long CHNG and be rewarded big time!

13-Jul-10 12:08 pm

Currently, for whatever reason, CHNG has no legs, few buyers or sellers.

It needs real news to push it to the next level.

It needs VOLUME and lots of it

Bob

rskeway

67/Male
Wisconsin

View Messages

Ignore User

Report Abuse

Sentiment : Strong Buy

**Rating :**          **Rate it:**

---

### China Natural Gas, Inc. (CHNG)


China Natural Gas, Inc.
CHNG                    Nov 2, 2:44pm EDT

At 2:46PM EDT: **6.86** ↑**0.13 (1.93%)**

Enter Symbol(s): [        ] [ Get Quote ]
e.g. YHOO, ^DJI

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

---

**SPONSORED LINKS**

natural gas generator - Low prices on diesel, natural gas & propane generators at A & A

---



★★★★★ (No ratings)   ☆☆☆☆☆

Reply

Re: Long CHNG and be rewarded big time!

13-Jul-10 04: 34 pm

The reason is Waldo chopped off CHNG's legs. You will have to wait awhile for them legs to grow back

vipgem9

View Messages

Ignore User

Report Abuse

Rating :              Rate it:
★★★★★ (No ratings)   ☆☆☆☆☆

Reply

Re: Long CHNG and be rewarded big time!

13-Jul-10 05: 08 pm

what will that take?

rskeway

67/Male
Wisconsin

View Messages

Ignore User

Report Abuse

Rating :              Rate it:
★★★★★ (No ratings)   ☆☆☆☆☆

Reply

Re: Long CHNG and be rewarded big time!

13-Jul-10 05: 25 pm

It takes actual new signed contracts & actual profit on income statement. Not talks or overall, vague industry news regarding nat. gas or whatsoever. I emphasize "actual", not proforma or estimate or la la land talk

vipgem9

View Messages

Ignore User

Report Abuse

Rating :              Rate it:
★★★★★ (No ratings)   ☆☆☆☆☆

Reply

Re: Long CHNG and be rewarded big time!

14-Jul-10 03: 11 pm

Power.
www.aapower.com

natural gas futures - Trade Futures, Currencies, Options from your computer - Rhythm Trader!
www.TRADECOM.com

AARP® 50+ Auto Insurance - Over 50? Save An Avg $384*. 4 out of 5 AARP® Policyholder's saved.
AARP.TheHartford.com

natural gas heater - Compare Natural Gas Heating Systems Request 3 Free Quotes In 20
RemodelRepairReplace.com/Heating

Ex. A- 11

==**I phoned Red Chip today and advised that they tell the story of the LNG roll out in a simple to understand game plan. Investors like real game plans that show a clear VISION were the company is and where they are going in a clear, easy to understand format.**==

==**I strongly suggested that they do just that at the next conference.**== I talked to:

Alexander Nachman RedChip Companies, Inc. Tel: +1-800-733-2447 x118 Email: alex@redchip.com Web: http://www.RedChip.com

I believe CHNG has a great story that they are not telling. What is the roll out of the LNG marketing plan? What are the steps (benchmarks) along the way? What is the status of the riverboat conversion study being done?

We need a clear (vision) via a storyline followed up by press that follows up on the storyline.

This stock is dead in the water without investors seeing the potential down the road.

Please also make the call to Red Chip and support the idea of a clear game plan laid out with charts, models, whatever best works for the upcoming conference.

Bob Skeway
Wisconsin

rskeway



67/Male
Wisconsin

View
Messages

Ignore User

Report
Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

---

Re: Long CHNG and be rewarded big time!

14-Jul-10 05:34 pm

Thanks. I agree with what you said. There is a real movement/initiative to use NG. But as an investor I am not clear of CHNG's strategy for getting a piece of the pie and how big a piece of the pie they plan to seize. Most of the attention was focusing on the loans they lent out and the delay of the LNG plants. I will call them up.

vipgem9



View
Messages

Ignore
User

Report
Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

---

Re: Long CHNG and be rewarded big time!

14-Jul-10 11:38 pm

Geez, I complained about the stock not moving and you came back with a terse response that the CEO should not be worried about the stock price.

nobledog5



Further, I was shortsighted for being concerned
about the value of the stock.
Something changed in your thinking?

View
Messages

Ignore
User

Report
Abuse

**Rating :**
★★★★★ (No
ratings)

**Rate it:**
☆☆☆☆☆

Reply

Re: Long CHNG and be rewarded big time!

14-Jul-10 04:19 pm

bump up

rskeway

67/Male
Wisconsin

View
Messages

Ignore User

Report
Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

View: Simple | Summary |          Page 1 of about 1    First | < Prev | Next > | Last
Expanded
As: Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2010 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

Ex. A- 13

New User? Register | **Sign In** | Help          **Make Y! Your Homepage**          Yahoo!      Mail

# YAHOO! FINANCE

| Search | | **Web Search** |

AMERICAN FAMILY INSURANCE

What improvements would you like in Yahoo! Finance Message Boards? **Please send us feedback**.

## China Natural Gas, Inc. - Quote Info

Search : [                    ] in [China Natural Gas, Inc. board]  [Search]        ▷ Advanced Search

Message Boards Settings

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > China Natural Gas, Inc.

**View all Topics** | **View all Messages** | < Newer Topic | Older Topic >        Get Message Board for: [        ]  [GO]

View: Simple | Summary | Expanded
As: Threaded | Msg List                    Page 1 of about 1  First | < Prev | Next > | Last

ADVERTISEMENT

## Messages in Topic        Minimum rating: [2 stars + unrated] What's this?

I Have seen Roth do this before                    19-Aug-10 09:46 am

And the reason price they gave never happened in fact and if fact the stock rebounded.

My opinion is that Roth should be investigated for price manipulation (my personal opinion only)

We still have the right to a personal opinion in the USA right?

I will hold this stock at this time and wait to see how the LNG and NG sales, Riverboat sales roll out.

Makes no sense for any company to invest so much building a infrastructure to market LNG and NG in China who has the support of the Government and the largest government owned NG company in China not to be able to make any sales and profits.

Remember these are products and services the Chinese Government supports and wants to be successful. This is a utility company in China delivering NG and LNG to a county who wants to go in that direction and has provided a 15% low tax incentive to make that happen and also other incentives.

So do I believe Roth or the Chinese Government and the need for the product long term?

I select CHNG will do OK long term and this CC and delayed did not put CHNG best foot forward. They did not discuss the need for the product or the future customers they are currently in discussion with for the purchasing of LNG and NG expansion.

They did not want to get into long term contracts with

**rskeway**

67/Male
Wisconsin

View Messages

Ignore User

Report Abuse



## China Natural Gas, Inc. (CHNG)

At 4:00PM EDT: **6.95** ↑0.22 (3.27%)

Enter Symbol(s):         [        ]  [Get Quote]
e.g. YHOO, ^DJI
            Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

natural gas generator - Wide in-stock selection of quality brand generators at A & A Power.

anyone as they may price themselves at too low of a price given they do not know what the Chinese Government Pricing policy will be in each individual province they will be distributing NG and LNG in.

I will be calling Red Chip to suggest a press release discussing LNG and NG distribution options in general without comprising CHNG marketing information. This should help demonstrate the market potential given the successful completion of the LNG facility.

**Rating :**
⭐⭐⭐⭐⭐ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

---

Re: I Have seen Roth do this before                    19-Aug-10 09:48 am

once redchip gets word of all this they will be all over this roth thing like white on rice - watch and see

tipsmaster

Male

View Messages

Ignore User

Report Abuse

**Rating :**
⭐⭐⭐⭐⭐ (1 Rating)

**Rate it:**
☆☆☆☆☆

Reply

---

Re: I Have seen Roth do this before                    19-Aug-10 09:57 am

a few years ago Goldman Sacs analysts predicted oil at $150. I sold an oil stock I held at $38 per share. Then the oil drop came, notwithstanding the analysis, and the shares traded at $17. Goldman analysis proved counterproductive.

The reason I sold were house and senate committee hearingss on oil price with testimonials that the "market" price for oil should have been $85 max. The moral of this story is that the analysts are not objective, or not informed, or...indeed they are crooked.

hnrkibsen

53/Male
Gresham,
OR

View Messages

Ignore User

Report Abuse

**Rating :**
⭐⭐⭐⭐⭐ (2 Ratings)

**Rate it:**
☆☆☆☆☆

Reply

---

Re: I Have seen Roth do this before                    20-Aug-10 04:33 am

Maybe Redchip can release positive news about CHNG.

mustard.jon...

View Messages

Ignore User

---

www.aapower.com

Motley Fool Hidden Gems - Small Cap Stocks Poised for Profit. Motley Fool's Expert Picks! www.Fool.com

Honda and Natural Gas - Discover Honda's CNG technology and our belief in the Power of Dreams. www.honda.com

Marcellus Gas Formation - The Next Natural Gas Boom, Right Here in the US: Read the New Report. EnergyAndCapital.com/Natural_Gas

Ex. A- 15



Report
Abuse

View: Simple | Summary |
Expanded
As: Threaded | Msg List

Page 1 of about 1    First | < Prev | Next > | Last

< Newer Topic | Older Topic >

Copyright 2010 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

Ex. A- 16

**New User?** Register | **Sign In** | Help                 **Make Y! Your Homepage**              Yahoo!      Mail



What improvements would you like in Yahoo! Finance Message Boards? **Please send us feedback**.

## China Natural Gas, Inc. - Quote Info

Search :  [                    ] in [ China Natural Gas, Inc. board ]  [ Search ]          ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > China Natural Gas, Inc.

**View all Topics** | **View all Messages** | < Newer Topic | Older Topic >          Get Message Board for: [        ] [ GO ]

View: Simple | Summary | Expanded
As: Threaded | Msg List          Page 1 of about 1   First | < Prev | Next > | Last

### Messages in Topic          Minimum rating: [ 2 stars + unrated ] What's this?

| Still here but..... | 17-Aug-10 08:21 pm |
|---|---|

Still holding as it is hard to believe this company can go much lower given their CURRENT operation. Forget about LNG or Barges running natural gas or partnerships or any other hype...we are due for a bounce up.

The problem, however, is the management. I AM NOT A BASHER! I simply have to point out that those with BIG money to invest probably do not look kindly on CEO's who give loans out even if they have been repaid. Or CEO's that purchase stations, even if that is a good thing. Or all the PR about LNG and the shortage of gas and yet they do not have ONE CONTRACT for that gas and when asked twice the response was that they didn't need one.

The problem in a nutshell is clarity and accountability.

So why am I still here...odd to say but I still think management can learn...the LNG plant produce...and Barges on gas is a GREAT idea.

Now, if only they get some "rights" to that barge technology...some contracts to that plant...and a board member or two that screams by their name...CLARITY!

Then..we will rise faster than we have fallen.

Good luck all,

DC

**lutherpstr**

55/Male
Polk City

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

[ Reply ]

ADVERTISEMENT



### China Natural Gas, Inc. (CHNG)



At 4:00PM EDT: **6.95** ▲ 0.22 (3.27%)

Enter Symbol(s): [        ] [ Get Quote ]
e.g. YHOO, ^DJI

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Mortgage Rates Hit 2.67%! - Calculate New Mortgage Payment Now! (As Seen on Good

Ex. A- 17

Morning America)
www.SeeRefinanceRates.com

Trader Makes $87 Million - California Option
Trader Makes $87 Million in a Single Year! See
How
www.TheInvestorCity.com

Join Easy-Forex Trading - New Generation of
Trading Tools. Freeze-Rate & Stop Loss
Options!
Easy-forex.com

Refinance Rates at 2.87% - $160,000 mortgage
for $434/mo. No Hidden Fees - No SSN
Req-Free Quotes
Lendgo.com/mortgage

Re: Still here but.....                     20-Aug-10 04: 51 am

I'd rather to see the revenue incurrd from LNG, and would
like to wait for more time.

**longlyfish**

26/Male

View
Messages

Ignore User

Report
Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

---

Re: Still here but.....                     20-Aug-10 11: 43 am

What is the e/sh ?? Do anybody knows that?

I have read that Chinese companies all of them doesn't
have a lot of profits, and I have to admit. They all doing
very well but they don't have a lot of profits. It's another
world.

**myrmbrnl**

Female

View
Messages

Ignore User

Report
Abuse

Sentiment : Buy

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

---

Re: Still here but.....                     20-Aug-10 12: 25 pm

e/sh or eps (as we call it) amounts to $0.91. This for the
trailing twelve months (ttm) and includes the reported
income for 09/09, 12/09, 03/10, and 06/10. That amount
$19.323 mil. Divide by shares outstanding of 21.180 mil
and viola. With a reasonable p/e multiple (price earnings
multiple) of 13 you get a share price around $12. The
multiple is a short-hand for producing what would be the
present value of the income flow over a reasonable time
horizon discounted at a proper rate for alternate
investments.

**hnrkibsen**

53/Male
Gresham,
OR

View
Messages

Ignore User

Report
Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

---

Re: Still here but.....                     20-Aug-10 01: 01 pm

I both called and emailed Red Chip for some clarification
of market potential for LNG.

I understand they do not want to enter into long term
contracts at this time. This is because the price structure

**rskeway**

Ex. A- 18

can be different at each Chinese Province and the final prices and overall rules have yet to be determined by the Central Chinese Government and then local Government.

However, CHNG could put color on the market potential of LNG and the type of customers they expect without violating SEC regulations.

I do not think they have been spending these huge amounts of money in LNG without knowing who will be their customers and the market potential. I believe they have been in communication with potential customers but given the changing price structure by the Government they can not enter into contracts without pricing facts.

The problem has been the Government has been changing the price structure and each local province has its own twist on prices.

I requested that Red Chip ask CHNG to put out some detail about market potential in the area of LNG and also the River Boat Market.

Bob

67/Male
Wisconsin

View
Messages

Ignore User

Report
Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

View: Simple | Summary |
Expanded
As: Threaded | Msg List

Page 1 of about 1    First | < Prev | Next > | Last

< Newer Topic | Older Topic >

Copyright 2010 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

Ex. A- 19

# Exhibit B



What improvements would you like in Yahoo! Finance Message Boards? Please send us feedback.

## China Natural Gas, Inc. - Quote Info

## Messages in Topic

Minimum rating: **2 stars + unrated** What's this?

### lng plant 2-Jul-10 12:43 pm

sucessful completion of test on LNG plant. This is long awaited great news.

rycor@roger...
Vaughan, On...

View Messages
Ignore User
Report Abuse

Sentiment : Strong Buy

**Rating :** (1 Rating) **Rate it:**

Reply

### Re: lng plant 2-Jul-10 12:53 pm

In spite of the good news, the shorts have CHNG by the short hairs.

The low volume CHNG allows this to happen.

I am adding shares in .40 increments here.

Bob

rskeway
67/Male
Wisconsin

View Messages
Ignore User
Report Abuse

**Rating :** (No ratings) **Rate it:**

Reply

ADVERTISEMENT

## China Natural Gas, Inc. (CHNG)

At 2:44PM EDT: **6.85** **0.12 (1.78%)**

Enter Symbol(s): e.g. YHOO, ^DJI Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Gas Generator Solutions - Generators. propane, natural gas. We beat the competition.

Ex. B- 1

# Exhibit C



★★★★★ (No ratings) ☆☆☆☆☆

**Reply**

Re: Friday, August 13,                                   10-Aug-10 10: 46 am

Great, this is the exact mentality to cause stock price to drop. I pick up a few K's yesterday before close. I always want to own CHNG at really good price. Today may be my lucky day to fill my wish at low 6.

CHNG is 10 times more advance in business readiness and strategic planning than CLNE but with 1/3 of price. It will be interested to see which will ultimately make more money for person who own either stock.

**westonbayer**

Male
penang

View
Messages

Ignore User

Report
Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

**Reply**

Re: Friday, August 13,                                   10-Aug-10 11: 06 am

==I have been picking up Dec Calls, strike price of $10 right now, timing could be OK, we will see.==

==-CHNG110319C10==

==Bob==

**rskeway**

67/Male
Wisconsin

View
Messages

Ignore User

Report
Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

**Reply**

Re: Friday, August 13,                                   10-Aug-10 11: 14 am

I agree with your thinking Now is the time for this stock to shed its image of ineptness and step into the normal revenue production and operation.
It's funny about the risk of an ADR. Instead of shareholder, we feel like victims.

**hnrkibsen**

53/Male
Gresham,
OR

View
Messages

Ignore User

Report
Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

**Reply**

Re: Friday, August 13,                                   10-Aug-10 01: 52 pm

Ex. C- 1

# Exhibit D



CHNG has invested in the future growth of the company and the fruits of that investment will be coming as the LNG plant and its related delivery stations start selling the LNG product.

The River Boat is an additional kicker to the revenue mix.

For many of us our investment timing was really bad looking back at when we purchased the stock.

This stock IMO is highly manipulated on top of that so we have the to deal with with the investor expectation that things happen over night.

I am OK holding my shares for the long term.

rskeway

67/Male
Wisconsin

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

Re: 2'nd Quarter Results                    20-Aug-10 05:25 am

Unbelievable, hard to imagine how it is going next??????

sheffield_l...

33/Male
Toronto, On...

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

View:  Simple | Summary |
Expanded              Page 1 of about 1    First | < Prev | Next > | Last
As:  Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2010 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

Ex. D- 1

# Exhibit E

Yahoo! Message Boards - China Natural Gas, Inc. - ATTN: Shorts and market manipulat...    Page 2 of 7

Case 1:10-cv-00728-SLR    Document 14-1    Filed 11/08/10    Page 28 of 35



18-Aug-10 08: 16 am

Good post. Let me add to your sentiments. Stay away from margined positions and we can't get shaken out. Low volume stocks are easy prey for shorts but that sword cuts both ways. When the time comes to cover the shorts need volume in order to buy back millions of shares without driving the price up. Screw the shorts. Let's make sure the only volume available to them is in a rising market and they will be trapped between a rock and a hard place with no good way out.

jatrudel

65/Male

View Messages

Ignore User

Report Abuse

**Rating :** ★★★★★ (7 Ratings)    **Rate it:** ☆☆☆☆☆

Reply

Re: ATTN: Shorts and market manipulators you won't make a dime on shorting CHNG!

19-Aug-10 02:08 pm

Agreed. Stay away from margin.

You should never take a position that is so large in your portfolio that you can't buy more when it goes down. I never start with more than 5% of my client's portfolio in any company.

I'm looking to get more now.

Laurent La Brie
Editor, Longs, Shorts, and Mini-Skirts
labrie.liv-n-letliv.net

laurent_lab...

46/Male
Baltimore,

View Messages

Ignore User

Report Abuse

Sentiment : Strong Buy

**Rating :** ★★★★★ (No ratings)    **Rate it:** ☆☆☆☆☆

Reply

Re: ATTN: Shorts and market manipulators you won't make a dime on shorting CHNG!

18-Aug-10 09: 58 am

This company's no different than every company in the world. No one really knows the absolute truth about every single transaction a company is involved in or why they must do what they do to facilitate growth. What we do know is that you are here to steal people's investments and the only way you can accomplish that is to encourage investors to sell shares in a good company at a loss. This isn't about the company. This is strictly about the manipulation of the ADR's price and your continued presence here only confirms it.

jatrudel

65/Male

View Messages

Ignore User

Report Abuse

**Rating :** ★★★★★ (2 Ratings)    **Rate it:** ☆☆☆☆☆

Reply

Re: ATTN: Shorts and market manipulators you won't make a dime on shorting CHNG!

18-Aug-10 10: 16 am

Ex. E- 1

Yahoo! Message Boards - China Natural Gas, Inc. - ATTN: Shorts and market manipulat...    Page 3 of 7

Case 1:10-cv-00728-SLR    Document 14-1    Filed 11/08/10    Page 29 of 35



I am holding my shares in my IRA no margin, no hurry to sell. Let the LNG plant and River business roll out then look at the price.

**rskeway**

67/Male
Wisconsin

View Messages

Ignore User

Report Abuse

Sentiment : Strong Buy

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

---

Re: ATTN: Shorts and market manipulators you won't make a dime on shorting CHNG!

18-Aug-10 10:22 am

If the company is a fraud, how is it my fault the stock goes down? You would prefer that the weaknesses go unreported so you can sell the crappy stock to some other bigger fool? You intend selling at a price you consider high, I am already doing exactly that because I believe the price is too high at this level.

My actions don't create shoddy companies, I merely identify them. My disclosing the numerous flaws will hopefully allow the market to accurately value this cur. Its pink.

And by the way - this is not an ADR. You might question the depth of your research if you are unaware of what you own.

John

**waldo_mushm...**

62/Male
Texas

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

Reply

---

Re: ATTN: Shorts and market manipulators you won't make a dime on shorting CHNG!

18-Aug-10 11:03 am

John,
Just because this company is based in China doesn't mean you can continue to cry wolf. If you don't believe in CHNG then simply don't buy any shares and find a stock you do want to own.
When you spread rumors and misinformation the price of CHNG goes down. While you are making money you are hurting the small investor. I will not sell my shares. Who is with me?

**dms47781**

Male
Pennsylvani...

View Messages

Ignore User

Report Abuse

Sentiment : Strong Buy

**Rating :**
★★★★★ (2 Ratings)

# Exhibit F

**New User?** Register | **Sign In** | Help          **Make Y! Your Homepage**          Yahoo!          Mail

# YAHOO! FINANCE

| Search | | **Web Search** |



What improvements would you like in Yahoo! Finance Message Boards? **Please send us feedback.**

## China Natural Gas, Inc. - Quote Info

Message Boards Settings

Search : _____ in  China Natural Gas, Inc. board   Search          ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > China Natural Gas, Inc.

**View all Topics** | **View all Messages**   < Newer Topic | Older Topic >          Get Message Board for: _____ GO

View: Simple | Summary |                                    ADVERTISEMENT
Expanded
As: Threaded | Msg List          Page 1 of about 1 | First | < Prev | Next > | Last

## Messages in Topic          Minimum rating: **2 stars + unrated** What's this?

I Have seen Roth do this before                 19-Aug-10 09:46 am

And the reason price they gave never happened in fact and if           **rskeway**
fact the stock rebounded.

My opinion is that Roth should be investigated for price                67/Male
manipulation (my personal opinion only)                                Wisconsin

We still have the right to a personal opinion in the USA
right?                                                                  View
                                                                       Messages

==I will hold this stock at this time and wait to see how the          Ignore User
LNG and NG sales, Riverboat sales roll out.==                          Report Abuse

Makes no sense for any company to invest so much building
a infrastructure to market LNG and NG in China who has
the support of the Government and the largest government
owned NG company in China not to be able to make any
sales and profits.

Remember these are products and services the Chinese
Government supports and wants to be successful. This is a
utility company in China delivering NG and LNG to a county
who wants to go in that direction and has provided a 15%
low tax incentive to make that happen and also other
incentives.

So do I believe Roth or the Chinese Government and the
need for the product long term?

I select CHNG will do OK long term and this CC and delayed
did not put CHNG best foot forward. They did not discuss
the need for the product or the future customers they are
currently in discussion with for the purchasing of LNG and
NG expansion.

They did not want to get into long term contracts with



## China Natural Gas, Inc. (CHNG)

At 4:00PM EDT: **6.95** ↑**0.22 (3.27%)**

Enter Symbol(s):          Get Quote
e.g. YHOO, ^DJI

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and
Amex. For delay times on other exchanges see
exchange table.

**SPONSORED LINKS**

natural gas generator - Wide in-stock selection of
quality brand generators at A & A Power.

Ex. F- 1

anyone as they may price themselves at too low of a price given they do not know what the Chinese Government Pricing policy will be in each individual province they will be distributing NG and LNG in.

I will be calling Red Chip to suggest a press release discussing LNG and NG distribution options in general without comprising CHNG marketing information. This should help demonstrate the market potential given the successful completion of the LNG facility.

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

---

www.aapower.com

**Motley Fool Hidden Gems** - Small Cap Stocks Poised for Profit. Motley Fool's Expert Picks!
www.Fool.com

**Honda and Natural Gas** - Discover Honda's CNG technology and our belief in the Power of Dreams.
www.honda.com

**Marcellus Gas Formation** - The Next Natural Gas Boom, Right Here in the US: Read the New Report.
EnergyAndCapital.com/Natural_Gas

---

Re: I Have seen Roth do this before          19-Aug-10 09:48 am

once redchip gets word of all this they will be all over this roth thing like white on rice - watch and see

tipsmaster

Male

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (1 Rating)

**Rate it:**
☆☆☆☆☆

Reply

---

Re: I Have seen Roth do this before          19-Aug-10 09:57 am

a few years ago Goldman Sacs analysts predicted oil at $150. I sold an oil stock I held at $38 per share. Then the oil drop came, notwithstanding the analysis, and the shares traded at $17. Goldman analysis proved counterproductive.

The reason I sold were house and senate committee hearingss on oil price with testimonials that the "market" price for oil should have been $85 max. The moral of this story is that the analysts are not objective, or not informed, or...indeed they are crooked.

hnrkibsen

53/Male
Gresham,
OR

View Messages

Ignore User

Report Abuse

**Rating :**
★★★★★ (2 Ratings)

**Rate it:**
☆☆☆☆☆

Reply

---

Re: I Have seen Roth do this before          20-Aug-10 04:33 am

Maybe Redchip can release positive news about CHNG.

mustard.jon...

View Messages

Ignore User

Ex. F- 2

# Exhibit G

New User? Register | **Sign In** | Help          **Make Y! Your Homepage**          Yahoo!      Mail

 **FINANCE**      Search          **Web Search**



What improvements would you like in Yahoo! Finance Message Boards? **Please send us feedback.**

**China Natural Gas, Inc.** - Quote Info

Message Boards Settings

Search :            in  China Natural Gas, Inc. board    Search          ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > China Natural Gas, Inc.

**View all Topics** | **View all Messages** | < Newer Topic | Older Topic >

Get Message Board for:        GO

ADVERTISEMENT

View:  Simple | Summary |
Expanded
As:  Threaded | Msg List          Page 1 of about 1    First | < Prev | Next > | Last

**Messages in Topic**    Minimum rating:  2 stars + unrated  What's this?



Non-Financial Issues - Governance          20-Aug-10 01: 03 pm

8-K Summarized:

- Financial Statement issues are balance sheet reclasses and
footnotes

- No earnings issues/manipulation

- No fraud

- Operating cashflow, in fact, remains very strong

In summary, this is a classic case of the CEO with "founder's
syndrome".

The CEO was running the company as if it were a sole
proprietorship (i.e. treating the assets as if they are all his
and he calls all shots).

The issue is with governance. The CEO needs to learn to ask
for parents' permission, aka Board of Directors, before
acting on major decisions.

These are common growing pains for any start up company
with a CEO seeking to grow the entity as fast as he can.

Stock is way oversold and will come back as there are no
fundamental financial issues noted... selling is on emotion.

**Rating :**          **Rate it:**

★★★★★ (1 Rating)          ☆☆☆☆☆

Reply

microcap21

35/Male
Florida

View
Messages

Ignore User

Report Abuse



**China Natural Gas, Inc. (CHNG)**



At 4:00PM EDT: **6.95** ↑ **0.22 (3.27%)**

Enter Symbol(s):          Get Quote
e.g. YHOO, ^DJI
          Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, NYSE and
Amex. For delay times on other exchanges see
exchange table.

**SPONSORED LINKS**

**natural gas generator** - Low prices on diesel,
natural gas & propane generators at A & A

Re: Non-Financial Issues - Governance          20-Aug-10 01: 05 pm

Ex. G- 1



I agree with that assessment.

**rskeway**

67/Male
Wisconsin

View
Messages

Ignore User

Report
Abuse

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

Re: Non-Financial Issues - Governance     20-Aug-10 03:08 pm

microcap21,

Thank you for clarifying the issue.
I will hold.

H.

**hidexyz333**

50/Male
Los
Angeles...

View
Messages

Ignore User

Report
Abuse

Sentiment : Buy

**Rating :**
★★★★★ (No ratings)

**Rate it:**
☆☆☆☆☆

Reply

Power.
www.aapower.com

natural gas heater - Natural Gas Heating System
Quotes Request 3 Free Quotes In 20 Seconds
RemodelRepairReplace.com/Heating

Honda and Natural Gas - Discover Honda's CNG
technology and our belief in the Power of
Dreams.
www.honda.com

natural gas investment - New Motley Fool
Report. The Safest Way to Play Commodities -
Read Now!
www.Fool.com

< Newer Topic | Older Topic >

Copyright 2010 © Yahoo! Inc.  All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy - About Our Ads.

Ex. G- 2