IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAXWELL VANDEVELDE, | ) |
| Plaintiff, | ) ) ) |
| v. | )   Civ. No. 10-728-SLR |
| CHINA NATURAL GAS, INC., QINAN JI, ZHIQIANG WANG, DONALD YANG, DAVID SHE, CARL YEUNG, and LAWRENCE LEIGHTON | ) ) ) ) ) ) |
| Defendants. | ) |

# ORDER

At Wilmington this 12th day of August, 2011, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Richard Crippa's motion for appointment as lead plaintiff and approval of selection of counsel (D.I. 5) is denied.

2. Robert Skeway's motion to appoint lead plaintiff and approve lead plaintiff's selection of counsel (D.I. 8) is granted.

_____
United States District Judge