# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

---------------------------------------------------------- x

MAXWELL VANDEVELDE, Individually and
On Behalf of All Others Similarly Situated,

                      Plaintiff,

                - v -

CHINA NATURAL GAS, INC., QINAN JI,
ZHIQIANG WANG, DONALD YANG, DAVID
SHE, CARL YEUNG and LAWRENCE
LEIGHTON,

                    Defendants.

---------------------------------------------------------- x

C.A. No. 10-cv-728-SLR

## STIPULATION AND PROPOSED ORDER

WHEREAS, on August 26, 2010, plaintiff Maxwell Vandevelde ("Plaintiff") filed a complaint against China Natural Gas, Inc. ("China Natural Gas"), Qinan Ji, Zhiqiang Wang, Donald Yang, David She, Carl Yeung and Lawrence Leighton (the "Complaint");

WHEREAS, on October 5, 2010 and October 29, 2010, respectively, the Court entered orders requiring that counsel for the lead plaintiff and the defendants China Natural Gas and Lawrence Leighton (the "Defendants"), within ten days of the Court's entry of the order appointing a lead plaintiff, jointly submit a proposed schedule governing the lead plaintiff's filing of an amended complaint and the defendants' responses thereto;

WHEREAS, on August 12, 2011, the Court entered an order appointing Robert Skeway as lead plaintiff (the "Lead Plaintiff");

WHEREAS counsel for the Lead Plaintiff has indicated that he intends to file an amended complaint that will supersede the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that:

(1)     The Lead Plaintiff shall file an amended complaint by October 11, 2011;

(2)     The Defendants shall answer, move, or otherwise respond to the amended complaint by December 12, 2011;

(3)     If the Defendants file motions to dismiss, the Lead Plaintiff shall file his opposition to such motions by February 10, 2012 and the Defendants shall file their reply briefs by March 11, 2012;

(4)     By signing this stipulation, the parties have not waived their rights with respect to any potential issue in this litigation, including, but not limited to, the assertion of jurisdictional defenses, either by motion or otherwise.


Dated:  August 19, 2011

                                        RIGRODSKY & LONG, P.A.


                                        By: */s/ Seth D. Rigrodsky*
                                            Seth D. Rigrodsky (#3147)
                                            Brian D. Long (#4347)
                                            919 N. Market Street, Suite 980
                                            Wilmington, DE 19801
                                            Telephone: 302-295-5310
                                            Fax: 302-654-7530
                                            SDR@rigrodskylong.com
                                            BDL@rigrodskylong.com

                                            *Attorneys for Lead Plaintiff*
                                            *Robert Skeway*

2

*Of Counsel:*

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen
Phillip Kim
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: 212-686-1060
Fax: 212-202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ John DiTomo*
      Jon E. Abramczyk (#2432)
      John DiTomo (#4850)
      1201 North Market Street, 18th Floor
      P.O. Box 1347
      Wilmington, DE 19899-1347
      Telephone: 302-658-9200
      Fax: 302-658-3989
      jabramczyk@mnat.com
      jditomo@mnat.com

      *Attorneys for Defendants China Natural Gas,*
      *Inc. and Lawrence Leighton*

*Of Counsel*:

SHEARMAN & STERLING LLP
Jerome S. Fortinsky
Christopher R. Fenton
Darren K. Ishmael
599 Lexington Avenue
New York, New York 10022
Telephone: 212-848-4000
Fax: 212-848-7179
jfortinsky@shearman.com
christopher.fenton@shearman.com
darren.ishmael@shearman.com

4446804.1

SO ORDERED:


Date: _____

      _____
      Hon. Sue L. Robinson
      United States District Judge