**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAXWELL VANDEVELDE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHINA NATURAL GAS, INC., QINAN JI, ZHIQIANG WANG, DONALD YANG, DAVID SHE, CARL YEUNG and LAWRENCE LEIGHTON,<br><br>Defendants. | C.A. No. 1:10-CV-728-SLR |

**MOTION AND ORDER**
**FOR ADMISSIONS *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of the following attorneys to represent Lead Plaintiff Robert Skeway and the Class in this matter:

Laurence M. Rosen
Phillip Kim
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, Suite 3400
New York, NY  10016
Tel.:  (212) 686-1060
Fax:  (212) 202-3827
E-Mail: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

Dated: August 31, 2011     **RIGRODSKY & LONG, P.A.**

*/s/ Brian D. Long*
Brian D. Long (#4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 295-5310
Fax: (302) 654-7530
Email: bdl@rigrodskylong.com

*Liaison Counsel for Lead Plaintiff and the Class*

      *    *    *

## ORDER

IT IS HEREBY ORDERED this ___ day of _____, 2011, that counsel's motion for admissions *pro hac vice* is granted.


DATED: _____

              THE HONORABLE SUE L. ROBINSON
              UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing with the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this Motion.

Dated: August 31, 2011

Phillip Kim
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, Suite 3400
New York, NY  10016
Tel.: (212) 686-1060
Fax: (212) 202-3827

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing with the Bars of the States of New York, New Jersey, California, and Florida. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this Motion.

Dated: August 31, 2011

Laurence M. Rosen
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, Suite 3400
New York, NY 10016
Tel.: (212) 686-1060
Fax: (212) 202-3827