**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT SKEWAY AND RAIMUNDO JO-FUNG, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>           vs.<br><br>CHINA NATURAL GAS, INC., QINAN JI, ZHIQIANG WANG, DONALD YANG, DAVID SHE, CARL YEUNG and LAWRENCE LEIGHTON,<br><br>           Defendants. | C.A. No. 1:10-CV-728-SLR<br><br>**AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

**CERTIFICATE OF SERVICE**

     I, Brian D. Long, hereby certify that on October 11, 2011, I caused to be electronically filed a true and correct copy of the foregoing Amended Class Action Complaint for Violations of the Federal Securities Laws with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record on the attached service list and by U.S. mail to known non-ECF registered parties on the attached service list.

Dated: October 11, 2011           Respectfully submitted,

                                       **RIGRODSKY & LONG, P.A**

                                       */s/ Brian D. Long*
                                       Seth D. Rigrodsky (#3147)
                                       Brian D. Long (#4347)
                                       919 N. Market Street, Suite 980
                                       Wilmington, DE 19801
                                       Phone: (302) 295-5310
                                       Fax: (302) 654-7530
                                       Email: SDR@rigrodskylong.com
                                       Email: BDL@rigrodskylong.com

## SERVICE LIST

Rosenthal, Monhait & Goddess, P.A.  
P. Bradford deLewuw  
919 North Market Street, Suite 1401  
Wilmington, DE 19801  

Morris, Nichols, Arsht & Tunnell LLP  
Jon E. Abramczyk  
1201 North Market Street  
Wilmington, DE 19801  

Shapiro Haber & Urmy LLP  
Thomas G. Shapiro  
53 State Street  
Boston, MA 02109  

Shearman & Sterling LLP  
599 Lexington Avenue  
New York, NY 10022