AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| ROBERT SKEWAY and RAIMUNDO JO-FUNG, | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:10-CV-728-SLR |
| CHINA NATURAL GAS, INC., et al., | ) ) ) | |
| *Defendant* | ) | |

**ALIAS** SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Qinan Ji
c/o China Natural Gas, Inc.
c/o National Corporate Research, Ltd.
615 South Dupont Hwy
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian D. Long
Rigrodsky & Long, P.A.
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 295-5310

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 17 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:10-CV-728-SLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Qinan Ji c/o China Natural Gas

was received by me on *(date)* 10/17/11 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Michelle Sylvester , who is
designated by law to accept service of process on behalf of *(name of organization)* National
Corporate Research on *(date)* 10/17/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/17/11

_____
Server's signature

Tim Rhoads          **LEGAL COURIER**
Printed name and title

DIGITAL LEGAL SERVICES, LLP
1001 N. JEFFERSON ST.
SUITE 100
WILMINGTON, DE 19801
Server's address

Additional information regarding attempted service, etc: