IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Robert Skeway and Raimundo Jo-Fung,
Individually and On Behalf of All Others
Similarly Situated,

        Plaintiffs,

v.

China Natural Gas, Inc., Qinan Ji, and
David She,

        Defendants.

Case No. 1:10-CV-728-RGA

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, the Motion for Default Judgment against Defendant Ji (D.I. 99) is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that Defendant Ji shall pay Plaintiffs and the class damages of $10,400,000.

Entered this 30th day of January, 2015

United States District Judge