# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SKEWAY and RAIMUNDO JO-FUNG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHINA NATURAL GAS, INC., QINAN JI, and DAVID SHE,<br><br>Defendants. | Case No. 1:10-CV-728-RGA |

## MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND (II) APPROVAL OF NOTICE AND NOTICE PLAN

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and for the reasons set forth in the accompanying Memorandum of Law, Lead Plaintiff Robert Skeway and Named Plaintiff Raimundo Jo-Fung ("Class Plaintiffs" or "Plaintiffs") respectfully move this Court to preliminarily approve the class action settlement and approve the notice and notice plan. A proposed Order accompanies this Motion.

Dated: January 29, 2016

**RIGRODSKY & LONG, P.A.**

*/s/ Brian D. Long*
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5387)
Jeremy J. Riley (#5791)
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rl-legal.com
Email: bdl@rl-legal.com
Email: gms@rl-legal.com
Email: jjr@rl-legal.com

*Liaison Counsel for Plaintiffs*

**OF COUNSEL:**

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen
Phillip Kim
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*Lead Counsel for Plaintiffs*