## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SKEWAY and RAIMUNDO JO-FUNG, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>   v.<br><br>CHINA NATURAL GAS, INC., QINAN JI, and DAVID SHE,<br><br>     Defendants. | Case No. 1:10-CV-728-RGA |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and for the reasons set forth in the accompanying Memorandum of Law, Lead Plaintiff Robert Skeway and Named Plaintiff Raimundo Jo-Fung ("Class Plaintiffs" or "Plaintiffs") respectfully move this Court to finally approve the class action settlement and plan of allocation.  A proposed order shall accompany this motion.

Dated:  May 5, 2016

**RIGRODSKY & LONG, P.A.**

*/s/ Brian D. Long*_____
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5387)
Jeremy J. Riley (#5791)
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rl-legal.com
Email: bdl@rl-legal.com
Email: gms@rl-legal.com
Email: jjr@rl-legal.com

*Liaison Counsel for Plaintiffs*

**OF COUNSEL:**

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen
Phillip Kim
Sara Fuks
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com
Email: sfuks@rosenlegal.com

*Lead Counsel for Plaintiffs*